**Fill in this information to identify the case:**

Debtor name 1 Global Capital LLC

United States Bankruptcy Court for the Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders[1]

12/1!

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Christopher Blackstone<br>19630 Southern Hills Avenue<br>Baton Rouge, LA 70809 | Christopher Blackstone<br>cwblacks1@cox.net | | | | | $1,754,902.75 |
| 2 | James A. Lochtefeld<br>8521 E 700 S<br>Union City, IN 47390 | James A. Lochtefeld<br>jalochtefeld@gmail.com | | | | | $1,484,687.50 |
| 3 | Russell Rasner and Kimberly Ann Rasner Joint Living Trust dtd 10-3-17<br>13241 Wood Duck Dr.<br>Plainfield, IL 60585 | Russell Rasner and Kimberly Ann Rasner<br>630-567-6652<br>rrasner@comcast.net,<br>kimrasner@comcast.net | | | | | $1,065,240.08 |
| 4 | Snow Flakes Ltd<br>20165 NE 39 Place<br>Aventura, FL 33180 | svetlana.ruderman@gmail.com | | | | | $962,610.35 |
| 5 | Geoffrey Lipman<br>5 Arthur Grumiaux<br>1640 Rhode Saint Genese<br>Brussels, Belgium | Geoffrey Lipman<br>glipman@gmail.com | | | | | $947,635.44 |
| 6 | Frank Rimi IRA<br>355 Lake George Rd.<br>Oakland, MI 48363 | Frank Rimi<br>248-814-0583<br>addison_oaks@yahoo.com | | | | | $921,608.47 |
| 7 | Steven Ross Shelton IRA<br>6425 Seaside Dr.<br>Loveland, CO 80538 | Steven Ross Shelton<br>steve69048@yahoo.com | | | | | $861,951.02 |
| 8 | Richard and Cynthia Davis<br>1008 Hwy K<br>O Fallon, MO 63366 | Richard and Cynthia Davis<br>636-978-3800<br>bernie.backtobasics@gmail.com | | | | | $859,917.20 |

Debtor   1 Global Capital LLC   Case number (if known)

| | Creditor | Contact | | | | | Amount |
|---|---|---|---|---|---|---|---|
| 9 | Kara H. May IRA<br>120 Santee Way<br>Loudon, TN 37774-2123 | Kara H. May<br>865-408-0698<br>correspondence2017@gmail.com | | | | | $840,553.06 |
| 10 | Christopher Shealy IRA<br>1017 Leah Dr.<br>Cary, IL 60013 | Christopher Shealy<br>224-223-4294<br>chrisshealy@msn.com | | | | | $795,077.26 |
| 11 | Stephen F. Sawa IRA<br>552 Carrington Blvd.<br>Lenoir City, TN 37771 | Stephen F. Sawa<br>856-503-4699<br>sfsawa@hotmail.com | | | | | $789,718.90 |
| 12 | Estate of Lloyd Ralph Albers<br>212 Long Bow Rd.<br>Knoxville, TN 37934 | 865-607-6889<br>lealbers@aol.com | | | | | $787,743.25 |
| 13 | Diversified Holdings LTD<br>17822 17th Street, Suite 208<br>Tustin, CA 92780 | cassiusholdings@gmail.com | | | | | $784,081.35 |
| 14 | Allen G. Meek IRA<br>PO Box 1291<br>Seymour, TN 37865 | Allen G. Meek<br>865-712-1429<br>allengmeek@gmail.com | | | | | $759,613.79 |
| 15 | Khosrow Sohraby IRA<br>13172 Connell Drive<br>Overland Park, KS 66213 | Khosrow Sohraby<br>913-815-1147<br>ksohraby@yahoo.com | | | | | $731,017.70 |
| 16 | Donald Stec IRA<br>2609 Oleander Way<br>Knoxville, TN 37931 | Donald Stec<br>609-410-5606<br>donald.stec@libertymutual.com | | | | | $728,150.72 |
| 17 | Charles Carpenter and Patricia Carpenter<br>299 Cardinal Street<br>Maryville, TN 37803 | Charles Carpenter and Patricia Carpenter<br>865-977-8201<br>carpen@chartertn.net | | | | | $682,563.44 |
| 18 | Lilia A. Bautista IRA<br>604 Crestwicke Ln<br>Knoxville, TN 37934 | Lilia A. Bautista<br>865-679-1053<br>lilbautista@aol.com | | | | | $677,117.20 |
| 19 | Charles Carpenter IRA<br>299 Cardinal Street<br>Maryville, TN 37803 | Charles Carpenter<br>865-977-8201<br>charley.carpenter@arconic.com | | | | | $641,169.07 |
| 20 | Edward C. Smith IRA 749199<br>3137 Hollingworth<br>West Covina, CA 91792 | Edward C. Smith<br>909-595-8678<br>hvhope2000@aol.com,<br>admin@aaishares.com,<br>admin@davidortizadvisor.co | | | | | $621,409.00 |

[1] This List of Creditors Who Have the 20 Largest Unsecured Claims was prepared on a consolidated basis among all of the Debtors identified on Schedule 1.

**Fill in this information to identify the case and this filing:**

Debtor Name  1 Global Capital LLC

United States Bankruptcy Court for the Southern District of Florida

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/27/2018
MM / DD / YYYY

Signature of individual signing on behalf of debtor

Steven A. Schwartz
Printed name

Authorized Signatory
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors