UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC[1] | Case No. 18-19121-RBR |
| | (Joint Administration To Be Requested) |
| Debtor. _____/ | |
| In re: | Chapter 11 |
| 1 WEST CAPITAL LLC[2] | Case No. 18-19122-RBR |
| | (Joint Administration To Be Requested) |
| Debtor. _____/ | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Mark D. Bloom, Paul J. Keenan Jr., John R. Dodd, and Ari Newman file their appearance in the above-captioned cases as counsel for Debtors, 1 Global Capital LLC and 1 West Capital LLC, and request pursuant to Federal Rule of Bankruptcy Procedure 2002 that they be served with copies of all notices, pleadings, motions, orders and other documents filed in this case. All such documents should be addressed as follows:

Mark D. Bloom, Esq.
Paul J. Keenan Jr., Esq.
John R. Dodd, Esq.
Ari Newman, Esq.
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue
Miami, FL 33131
Telephone: 305.579.0500

---

[1] The business address and the last four (4) digits of this Debtor's federal tax identification number is: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517).

[2] The business address and the last four (4) digits of this Debtor's federal tax identification number is: 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

E-mail: bloomm@gtlaw.com
keenanp@gtlaw.com
doddj@gtlaw.com
newmanar@gtlaw.com

This entry of appearance does not constitute a consent to the jurisdiction of the Bankruptcy Court, nor is it a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to have a district judge hear and determine core matters that are beyond the adjudicatory authority of the bankruptcy court; (iii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iv) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Debtors are or may be entitled under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 31, 2018,                    Respectfully submitted,

                                         GREENBERG TRAURIG, LLP

                                         /s/ Mark D. Bloom
                                         Mark D. Bloom
                                         Fla. Bar. No. 303836
                                         bloomm@gtlaw.com

                                         Paul J. Keenan Jr.
                                         Fla. Bar No. 0594687
                                         keenanp@gtlaw.com

                                         John R. Dodd
                                         Fla. Bar No. 38091
                                         doddj@gtlaw.com

                                         Ari Newman
                                         Fla. Bar No. 56575
                                         newmanar@gtlaw.com

333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Tel: 305-579-0500

*Counsel for 1 Global Capital LLC and 1 West Capital LLC*

3