UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re:<br><br>1 GLOBAL CAPITAL LLC,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No.  18-19121-RBR<br><br>(Joint Administration to be requested) |
| In re:<br><br>1 WEST CAPITAL LLC,[2] | Chapter 11<br><br>Case No.  18-19122-RBR<br><br>(Joint Administration to be requested) |

**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that Life Co. Insurance Services & Retirement Planning, Inc. ("Life Co"), creditor and party in interest, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given or required to be given in this case to creditors, or any other party in interest (including all matters described pursuant to Bankruptcy Code Section 102(1) and Bankruptcy Rules 2002(a), (b), (c), (f) and (i), 3017(a), 9007, and 9010) and all papers or other documents filed, served, or required to be served in the above-captioned bankruptcy case, be served on the addressee listed below and that, pursuant to Bankruptcy Rules 2002(g) and 9007, the following be added to the Court's master mailing list:

PAUL J. PASCUZZI (Calif. State Bar No. 148810)
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone:  (916) 329-7400

---

[1]  The business address and the last four (4) digits of this Debtor's federal tax identification number is:  1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL  33009 (9517).

[2]  The business address and the last four (4) digits of this Debtor's federal tax identification number is:  1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL  33009 (1711).

REQUEST FOR SERVICE
OF DOCUMENTS

Facsimile: (916) 329-7435
email: ppascuzzi@ffwplaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders, and notices of any applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex, or otherwise.

This appearance and demand for notice is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Life Co, and is not a waiver of Life Co's rights specifically, but not limited to, it is not a waiver of (i) Life Co's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Life Co's right to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Life Co's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Life Co is or may be entitled under any agreement, in law, or in equity – all of which rights, claims, actions, defenses, setoffs, and recoupments Life Co expressly reserves.

Dated: July 31, 2018

        FELDERSTEIN FITZGERALD
        WILLOUGHBY & PASCUZZI LLP

        */s/ Paul J. Pascuzzi*_____
        PAUL J. PASCUZZI
        400 Capitol Mall, Suite 1750
        Sacramento, CA 95814
        Telephone: (916) 329-7400
        Facsimile: (916) 329-7435

        Attorneys for Life Co. Insurance
        Services & Retirement Planning, Inc.

**PROOF OF SERVICE**

**FEDERAL COURT**

I am a citizen of the United States, over the age of 18 years, and am not a party to or interested in the within entitled cause. I am an employee of Felderstein Fitzgerald Willoughby & Pascuzzi LLP, 400 Capitol Mall, Suite 1750, Sacramento, CA 95814.

On July 31, 2018, I served the following document(s) described as:

**REQUEST FOR SERVICE OF DOCUMENTS**

(✓) I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and know that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioned documents on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing on this date following ordinary business practices, at Sacramento, California, addressed as set forth below.

1 Global Capital LLC
1250 E. Hallandale Blvd., Suite 409
Hallandale Beach, FL 33009

Paul J. Keenan, Jr., Esq.
333 Ave of the Americas, #4400
Miami, FL 33131

Office of the U.S. Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2018, at Sacramento, California.

*/s/ Lori N. Lasley*
Lori N. Lasley