UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 1 GLOBAL CAPITAL LLC, | ) | Case No. 18-19121-RBR |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

David W. Baddley files this notice of appearance on behalf of the U.S. Securities and Exchange Commission (the "**Commission**") pursuant to Fed.R.Bankr.P. 9010(b) and Local Rule 9010-1(A), and further, requests that a copy of all notices given or required to be given to the Commission in these cases be delivered to the following:

> U.S. Securities and Exchange Commission
> Atlanta Regional Office
> Attn: David W. Baddley
> 950 East Paces Road, N.E.
> Suite 900
> Atlanta, GA 30326-1382
> BaddleyD@sec.gov

This appearance and request for notice is not intended to be, nor is it, consent of the Commission to the jurisdiction of the Bankruptcy Court, and is not a waiver of any rights or powers, including, without limitation, (i) the Commission's right to trial by jury in any case, proceeding, matter or controversy, (ii) the Commission's right to have an Article III court adjudicate in the first instance any case, proceeding, matter or controversy, (iii) the Commission's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy, (iv) the Commission's right to investigate, commence and

1

continue proceedings as a governmental unit under its police and regulatory powers in any non-bankruptcy forum, and (v) any other rights, claims, actions, defenses, set-offs or recoupments to which the Commission is or may be entitled.

I certify that I am employed by, and representing, an agency of the United States government, and am therefore authorized to appear in this case pursuant to Local Rule 2090-1(C)(3).

Dated:  July 31, 2018

Respectfully Submitted,

 /s/ *David W. Baddley*
David W. Baddley
Florida Bar No. 0148393
Illinois ARDC 6282466
Telephone:  (404) 842-7625
E-mail:  baddleyd@sec.gov

*Counsel for*:

**U. S. SECURITIES AND EXCHANGE COMMISSION**
Atlanta Regional Office
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA  30326-1382

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance and Request for Notice was furnished to all ECF Participants via Notice of Electronic Filing and additionally will be deposited in U.S. Mail on August 1, 2018 to:

Mark D. Bloom
Paul J. Keenan Jr.
John R. Dodd
Ari Newman
Greenberg Traurig, LLP
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131

    <u>/s/ David W. Baddley</u>