UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Chapter 11

1 GLOBAL CAPITAL LLC,[1]                                  Case No. 18-19121-RBR

        Debtor.
_____/

**NOTICE OF FILING OF SCHEDULE 1
TO THE DEBTOR'S VOLUNTARY PETITION**

The above-captioned debtor and debtor-in-possession (the "Debtor") hereby files the attached Schedule 1 to the Debtor's Voluntary Petition. This schedule was inadvertently not attached to the Voluntary Petition at the time it was filed.

Dated: July 31, 2018                      Respectfully submitted,

                                                                       GREENBERG TRAURIG, LLP

                                                                       */s/ Paul J. Keenan Jr.*
                                                                       Mark D. Bloom
                                                                       Fla. Bar No. 303836
                                                                       bloomm@gtlaw.com

                                                                       Paul J. Keenan, Jr.
                                                                       Fla. Bar No. 0594687
                                                                       keenanp@gtlaw.com

                                                                       John R. Dodd
                                                                       Fla. Bar No. 38091
                                                                       doddj@gtlaw.com

                                                                       333 S.E. 2nd Avenue, Suite 4400
                                                                       Miami, Florida 33131
                                                                       Tel: 305-579-0500

                                                                       *Proposed Counsel for the Debtor*
                                                                       *and Debtor-in-Possession*

---

[1] The business address and the last four (4) digits of this Debtor's federal tax identification number is: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517).

Debtor <u>1 Global Capital LLC</u>        Case number (*if known*) <u>18-19121-RBR</u>

# SCHEDULE 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "<u>Debtors</u>"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Florida. The Debtors have moved for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of 1 Global Capital LLC.

1. 1 Global Capital LLC
2. 1 West Capital LLC