UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>1 GLOBAL CAPITAL LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-19121-RBR |
| In re:<br><br>1 WEST CAPITAL LLC,[2]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-19122-RBR |

**MOTION OF THE DEBTORS FOR ENTRY OF AN *EX PARTE* ORDER AUTHORIZING AND DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") hereby move the Court (the "**Motion**") for entry of an *ex parte* order: (a) authorizing and directing the joint administration of the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") for procedural purposes only, and (b) providing any additional relief required in order to effectuate the foregoing. In support of this Motion, the Debtors respectfully state as follows:

---

[1] The business address and the last four (4) digits of this Debtor's federal tax identification number is: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517).

[2] The business address and the last four (4) digits of this Debtor's federal tax identification number is: 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

**Status of the Case**

1. On July 27, 2018 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**").

2. The Debtors continue to operate and manage their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. No request has been made for the appointment of a trustee or examiner and a creditors' committee has not yet been appointed in these Chapter 11 Cases.

**Jurisdiction, Venue and Statutory Predicates**

4. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

5. The statutory predicates for the relief sought herein are section 105(a) of the Bankruptcy Code, Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 1015-1, 5005-1(G)(1)(a) and 9013-1(C)(14) of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida (the "**Local Rules**").

**Background**

6. The Debtors provide direct financing to small businesses across the U.S., specializing in unsecured, short-term commercial financing and merchant cash advances ("**MCAs**"). The Debtors' business operations are funded through private, short-term loans, which are invested in the MCAs and other funding products offered to the Debtors' customers.

7. As a result of business and legal issues discussed in greater detail in the Debtors' *Chapter 11 Case Management Summary*, the Debtors were forced to file these Chapter 11 Cases on

an exigent basis in order to address an imminent liquidity crisis and to preserve their assets and business operations for the benefit of the individual lenders and all other parties in interest.

## Relief Requested

8. By this Motion, the Debtors seek entry of an order directing the joint administration of the Chapter 11 Cases and the consolidation thereof for procedural purposes only.

9. The Debtors also request that the caption of their Chapter 11 Cases be modified to reflect the joint administration of the Chapter 11 Cases substantially as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| In re:<br><br>1 GLOBAL CAPITAL LLC, *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 18-19121-RBR<br><br>(Jointly Administered) |
|---|---|

---

[1]  The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are:  1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

10. In addition, the Debtors request that the Court authorize and direct that a notation substantially similar to the following notation be entered on the docket in each of the above-captioned Chapter 11 Cases to reflect the joint administration of these Chapter 11 Cases:

> An order (the "**Joint Administration Order**") has been entered in this case directing the joint administration of the chapter 11 cases listed below under Case No. 18-19121-RBR.  The docket in Case No. 18-19121-RBR should be consulted for all matters affecting this case.  The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order:  Case No. 18-19121-RBR and Case No. 18-19122-RBR.

3

11. Finally, the Debtors request that the Court authorize that a combined service list be used for the jointly administered Chapter 11 Cases and that combined notices be sent to creditors of the Debtors' estates.

**Basis for Relief Requested**

12. Bankruptcy Rule 1015(b) provides that, if two or more petitions are pending in the same court by or against a debtor and an affiliate, the court may order the joint administration of the estates of a debtor and its affiliates. *See* Fed. R. Bankr. P. 1015(b). 1 West Capital LLC and 1 Global Capital LLC are under common ownership, such that the Debtors constitute "affiliates" of one another within the meaning of section 101(2) of the Bankruptcy Code.[3] Accordingly, this Court is authorized to grant the requested relief by virtue of the fact that 1 West Capital LLC is an affiliate of the lead Debtor.

13. Furthermore, Local Rule 1015-1 provides that the Court may order joint administration, without notice or a hearing, upon the filing of a motion requesting such joint administration. Local Rule 1015-1(A)(2)(a) and Local Rule 9013-1(C)(14).

14. The Debtors, consisting of two entities with common ownership, are "affiliates," as that term is defined in section 101(2) of the Bankruptcy Code. The Debtors do not anticipate that joint administration will give rise to any conflict between the estates of the Debtors. *See* Local Rule 1015-1(A)(1)(b). Accordingly, this Court is authorized to grant the relief requested herein.

15. Joint administration of these Chapter 11 Cases will ease the administrative burden on the Court and the parties, and protect creditors of different estates against potential conflicts of interest. The Debtors anticipate that there will be numerous notices, applications, motions, other

---

[3] Section 101(2) of the Bankruptcy Code defines "affiliate" to include, in relevant part, a "corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor . . . ." 11 U.S.C. § 101(2).

documents, pleadings, hearings and orders in these Chapter 11 Cases. With affiliated debtors, each with their own case docket, the failure to administer these Chapter 11 Cases jointly would result in numerous duplicative pleadings being filed and served upon parties identified in separate service lists. Such duplication of substantially identical documents would be uneconomical and would unnecessarily overburden the Debtors, the Clerk of this Court (the "**Clerk**"), creditors and other parties-in-interest in these Chapter 11 Cases.

16. Joint administration will permit the Clerk to use a single general docket for each of the Debtors' Chapter 11 Cases and to combine notices to creditors and other parties-in-interest of the Debtors' respective estates. Joint administration will also protect parties-in-interest by ensuring that parties-in-interest in each of the Debtors' respective Chapter 11 Cases will be apprised of the various matters before the Court in each of these Chapter 11 Cases.

17. The Debtors request that the official caption to be used by all parties in all pleadings in the jointly administered Chapter 11 Cases be in the form set forth in paragraph 9 of this Motion. The Debtors submit that use of the simplified caption will eliminate cumbersome and confusing procedures and ensure a uniformity of pleading identification.

18. The rights of the respective creditors of each of the Debtors will not be adversely affected by joint administration of these Chapter 11 Cases inasmuch as the relief requested herein is procedural in nature only and is in no way intended to affect substantive rights. Each party-in-interest will maintain claims or rights it has against the particular estate in which it allegedly has a claim or right. Indeed, the rights of all creditors will be enhanced by the efficiencies and reductions in costs resulting from joint administration. The Court also will be relieved of the burden of entering duplicative orders and keeping duplicative files. Supervision of the administrative aspects of these Chapter 11 Cases by the Office of the United States Trustee will also be simplified.

## Conclusion

WHEREFORE, the Debtors respectfully request that the Court enter an *ex parte* order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and granting such other and further relief as is just and proper.

Dated: August 1, 2018.                                      Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Paul J. Keenan Jr.*
MARK D. BLOOM
Fla. Bar No. 303836
bloomm@gtlaw.com

PAUL J. KEENAN JR.
Fla. Bar No. 0594687
keenanp@gtlaw.com

JOHN R. DODD
Fla. Bar No. 38091
doddj@gtlaw.com

333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Tel: 305-579-0500

*Proposed Counsel for the Debtors
and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Paul J. Keenan Jr.*
Paul J. Keenan Jr.

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive email notice/service for this case.

- David W Baddley on behalf of Creditor U.S. Securities and Exchange Commission
  baddleyd@sec.gov

- Mark D. Bloom, Esq. on behalf of the Debtors
  bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

- John R. Dodd, Esq. on behalf of the Debtors
  doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com

- Paul J. Keenan, Jr., Esq. on behalf of the Debtors
  keenanp@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

- Ari Newman, Esq. on behalf of the Debtors
  newmanar@gtlaw.com, crossmann@gtlaw.com; mialitdock@gtlaw.com; miaecfbky@gtlaw.com

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

- Paul J Pascuzzi on behalf of Creditor Life Co Insurance Services & Retirement Planning, Inc.
  ppascuzzi@ffwplaw.com, phillip@telehilladvisors.com,lnlasley@ffwplaw.com

**Manual Notice List**

The following is the list of parties who are not on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Christopher Blackstone
19630 Southern Hills Avenue
Baton.Rouge, LA 70809

James A. Lochtefeld
8521 E 700 S
Union City, IN 47390

Russell Rasner and Kimberly Ann
Rasner Joint Living Trust dtd I 0-3-17
13241 Wood Duck Dr.
Plainfield, IL 60585

Snow Flakes Ltd
20165 NE 39 Place
Aventura, FL 33180

Frank Rimi IRA
355 Lake George Rd.
Oakland, MI  48363

Steven Ross Shelton IRA
6425 Seaside Dr.
Loveland, CO 80538

Richard and Cynthia Davis
1008 Hwy K
O'Fallon, MO 63366

Kara H. May IRA
120 Santee Way
Loudon, TN 37774-2123

Christopher Shealy IRA
1017 Leah Dr.
Cary, IL 60013

Stephen F. Sawa IRA
552 Carrington Blvd.
Lenoir City, TN 37771

Estate of Lloyd Ralph Albers
212 Long Bow Rd.
Knoxville, TN 37934

Diversified Holdings LTD
17822 17th Street, Suite 208
Tustin, CA 92780

Khosrow Sohraby IRA
13172 Connell Drive
Overland Park, KS 66213

Donald Stec IRA
2609 Oleander Way
Knoxville, TN 37931

Charles Carpenter and Patricia Carpenter
299 Cardinal Street
Maryville, TN 37803

Lilia A. Bautista IRA
604 Crestwicke Ln
Knoxville, TN 37934

Charles Carpenter IRA
299 Cardinal Street
Maryville, TN 37803

Edward C. Smith IRA 749199
3137 Hollingworth
West Covina, CA 91792

Geoffrey Lipman
5 Arthur Grumiaux
1640 Rhode Saint Genese
Brussels, Belgium

Allen G. Meek IRA
PO Box 1291
Seymour, TN 37865

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney's Office
500 E. Broward Blvd.
Ft. Lauderdale, FL 33394

U.S. Attorney's Office
Attn: Jerrob Duffy, Esq.
99 N.E. 4th Street
Miami, FL  33132

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road
Suite 900
Atlanta, GA 30326-1382

U.S. Securities and Exchange Commission
Miami Regional Office
Attn: Christopher E. Martin
801 Brickell Avenue, Suite 1800
Miami, FL 33131

U.S. Securities and Exchange Commission
Attn: Gary M. Miller, Esq.
801 Brickell Ave, Suite 1800
Miami, FL 33131
millergm@sec.gov

**Exhibit A**

**(Proposed Order)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| In re: | Chapter 11 |
|---|---|
| 1 GLOBAL CAPITAL LLC,[1] | Case No. 18-19121-RBR |
| Debtor. | |
| In re: | Chapter 11 |
| 1 WEST CAPITAL LLC,[2] | Case No. 18-19122-RBR |
| Debtor. | |

### *EX PARTE* ORDER AUTHORIZING AND DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY

THIS MATTER came before the Court without a hearing upon the *Motion of the Debtors*

---

[1] The business address and the last four (4) digits of this Debtor's federal tax identification number is: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517).

[2] The business address and the last four (4) digits of this Debtor's federal tax identification number is: 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

*for Entry of an Order Authorizing and Directing the Joint Administration of these Chapter 11 Cases for Procedural Purposes Only* [ECF No. ●] (the "**Motion**[2]") filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**").  Through the Motion, the Debtor seeks entry of an order to (a) authorizing and directing the joint administration of the Debtors' affiliated chapter 11 cases (the "**Chapter 11 Cases**") for procedural purposes only and (b) providing any additional relief required in order to effectuate the foregoing.

The Court has considered the Motion and the record in these Chapter 11 Cases.  Based on the foregoing, the Court finds that (i) it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) good and sufficient notice of the Motion has been given and no other or further notice is necessary; (v) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, their equity holders and other parties-in-interest; and (iv) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.  It is therefore

**ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 Cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4. The caption of the Debtors' jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[1] | Case No. 18-19121-RBR |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

5. A docket entry shall be made in each of the Debtors' Chapter 11 Cases substantially as follows:

> An order (the "**Joint Administration Order**") has been entered in this case directing the joint administration of the chapter 11 cases listed below under Case No. 18-19121-RBR. The docket in Case No. 18-19121-RBR should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order: Case No. 18-19121-RBR and Case No. 18-19122-RBR.

6. The Debtors are authorized to use a combined service list for the jointly administered Chapter 11 Cases and combined notices shall be sent to creditors of the Debtors' estates.

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

###

**Submitted by:**

Paul J. Keenan Jr., Esq.
Fla. Bar. No. 594687
keenanp@gtlaw.com
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Tel: 305-579-0500

*Proposed Counsel for the Debtors
and Debtors-in-Possession*

(*Attorney Keenan is directed to serve copies of the order and shall file a certificate of service.*)