**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| In Re:<br><br>1 GLOBAL CAPITAL LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No.: 18-19121-RBR |
|---|---|
| In Re:<br><br>1 WEST CAPITAL LLC,<br><br>    Debtor. | Chapter 11<br><br>Case No.: 18-19122-RBR |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Undersigned counsel hereby files his appearance as counsel on behalf of **Wieniewitz Financial LLC,** and, in accordance with Fed. R. Bankr. P. 2002, requests that all parties and interested parties serve copies of any and all motions, pleadings, reports, and/or documents of any kind or nature filed in these proceedings, upon the undersigned.

In addition, it is respectfully requested that pursuant to Fed. R. Bankr. P. 2002(g), the following should be added to the Court's Mailing Matrix:

Geoffrey S. Aaronson, Esq.
Florida Bar No. 349623
Aaronson Schantz Beiley P.A.
One Biscayne Tower
2 South Biscayne Blvd., 34th Floor
Miami, Florida 33131
Tel. 786.594.3000
Fax 305.424.9336
gaaronson@aspalaw.com

Respectfully submitted,
**Aaronson Schantz Beiley P.A**

s/Geoffrey S Aaronson
Geoffrey S Aaronson, Esq.
Aaronson Schantz Beiley P.A.
One Biscayne Tower
2 South Biscayne Blvd., 34th Floor
Miami, Florida 33131
Tel. 786.594.3000
Fax 305.424.9336
gaaronson@aspalaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via e-mail through the Court's CM/ECF service on August 1, 2018.

s/Geoffrey S Aaronson
Geoffrey S Aaronson