UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[1] | Case No. 18-19121-RBR |
| Debtors. | (Joint Administration Requested) |

**DECLARATION OF JOSEPH J. LUZINSKI IN SUPPORT OF THE DEBTORS' EMERGENCY MOTION FOR THE ENTRY OF AN ORDER (A) AUTHORIZING THE DEBTORS TO PAY PRE-PETITION WAGES AND CERTAIN EMPLOYEE BENEFITS, (B) DIRECTING BANKS TO HONOR RELATED TRANSFERS, AND (C) GRANTING RELATED RELIEF**

I, Joseph J. Luzinski, hereby declare as follows:

1.   I am a Senior Managing Director with Development Specialists, Inc. ("DSI"), a leading provider of management consulting and financial advisory services that maintains an office at 500 West Cypress Creek Road, Suite 400, Ft. Lauderdale, Florida 33309.  DSI has been retained by the above-captioned debtors and debtors-in-possession (the "Debtors") to provide financial advisory services, which retention will be presented for this Court's approval in the coming days.

2.   As Senior Managing Director with DSI, I have advised and operated companies across a variety of industries and have served in various executive and fiduciary roles in numerous restructurings and bankruptcies.  I have over 30 years of insolvency, restructuring, crisis management advisory and fiduciary experience.

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are:  1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

3. Effective July 27, 2018, I was appointed as the Deputy Chief Restructuring Officer ("Deputy CRO") of the Debtors. As Deputy CRO, I am authorized to execute this declaration (the "Declaration") on behalf of the Debtors. I am an individual over the age of 18. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein, and if called upon to testify, I would testify competently to all of the facts set forth herein.

4. I submit this Declaration in connection with the *Debtors' Emergency Motion for the Entry of an Order (A) Authorizing the Debtors to Pay Pre-Petition Wages and Certain Employee Benefits, (B) Directing Banks to Honor Related Transactions, and (C) Granting Related Relief* [ECF No. 19] (the "Motion") filed on the date hereof.[2] I have reviewed and am familiar with the Motion and the relief sought therein.

5. In forming the opinions set forth herein, I have relied upon and/or considered, among other things, the following: (a) my experiences in chapter 11 cases; (b) certain of the Debtors' financial statements and reports; (c) the Motion; (d) discussions with the Debtors' management concerning the Debtors' businesses and finances; and (e) discussions with other advisors to the Debtors. I am familiar with the Debtors and their business, as well as the Debtors' activities in these Chapter 11 Cases.

6. The Debtors' headquarters and primary operations are located in Hallandale Beach, Florida. Debtor 1 Global Capital LLC ("1 Global") is the primary operating entity, with approximately 100 employees. Debtor 1 West Capital LLC does not have operations outside of California and does not have its own employees.

7. 1 Global pays its employees semi-monthly and uses Paychex, Inc. ("Paychex") for payroll processing services. Paychex typically draws against 1 Global's payroll account to cover

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

payroll obligations (both wages and related federal, state and local withholdings) for each pay period and processes direct deposit transfers or issues checks to 1 Global's employees and applicable third parties. Currently, the average semi-monthly payroll is approximately $330,000. The most recent payroll was to be made on July 31, 2018, and the next payroll is scheduled for August 15, 2018. The Debtors desire to maintain the business relationship with Paychex that was in existence prior to the Chapter 11 Cases, as it would cost the Debtors significant time and likely be challenging to find a new payroll processor willing to service the payroll needs of a chapter 11 debtor.

8. 1 Global offers its full-time employees, subject to different probationary periods, various benefits, including the opportunity to enroll in one of three medical plans administered through FloridaBlue and dental and vision insurance, voluntary life insurance, short-term and long-term disability benefits through Guardian. Additionally, 1 Global provides its full-time employees with basic life insurance through Guardian; the plan provides coverage in an amount equal to an employee's annualized base rate.

9. Full-time 1 Global employees are eligible to utilize earned paid time off ("PTO") following 90 full days of employment, and to the extent an employee has unused, accrued PTO, the company will pay such an employee the value of up to 5 days of PTO upon such employee's departure. Relatedly, 1 Global provides full-time employees who have worked at least 90 days with 3 days of paid sick leave each calendar year; accrued sick leave may not be rolled-over, and 1 Global does not pay employees for the value of any unused sick leave upon an employee's departure from the company.

10. Anticipating the filing of the Chapter 11 Cases, on July 27, 2018, prior to the filing of the voluntary petitions, the Debtors pre-funded the July 31, 2018 payroll and related benefits

through an automated clearing house transaction ("ACH") in an amount of $445,913.10. This transaction was not timely processed through the ACH system, and on July 31, 2018, the Debtors discovered that Bridge Bank, the bank that maintains the Debtors' operating accounts, had frozen the Debtors' accounts, and put a hold on the Debtors' pre-funded payroll and benefits payment.

11. As of the filing of this Declaration, Paychex generously processed payroll for the Debtors' approximately 100 employees for the prepetition pay period of July 15, 2018 through July 31, 2018. The Debtors desire to reimburse Paychex the approximately $326,191.75 it outlaid on behalf of the Debtors with respect to prepetition wages and related withholdings, which resulted in the avoidance of any undue hardship to the Debtors' employees that could have resulted from a missed or delayed paycheck.

12. Separately, however, the premiums with respect to employee benefits is paid directly by 1 Global to the benefits providers. As the approximately $119,903.50 that was funded by the Debtors prepetition on account of benefits premiums has not been released due to the freezing of their accounts by Bridge Bank, the various benefits providers have not been paid on account of both certain prepetition amounts as well as the premiums owed for benefits to be provided through August 2018.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Dated: August 1, 2018

                                               */s/ Joseph J. Luzinski*
                                               Joseph J. Luzinski
                                               Deputy Chief Restructuring Officer