UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                       CASE NO.: 18-19121-BKC-RBR
                                                                             Chapter 7

**1 GLOBAL CAPITAL LLC**

_____Debtor._____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

TO:    Clerk of Court
       UNITED STATES BANKRUPTCY COURT
       United States Courthouse
       299 East Broward Blvd., Room 112
       Ft. Lauderdale, FL 33301

**PLEASE TAKE NOTICE** that Joel L. Tabas of TABAS & SOLOFF, P.A., Ingraham Building, 25 SE Second Avenue, Suite 248, Miami, FL 33131, hereby gives notice of his appearance in this case as Co-Counsel for Creditor, **WESTERN ALLIANCE BANK.** All parties are requested to take notice of said appearance and to serve copies of any and all motions, pleadings, orders, reports or documents of any kind or nature filed in these proceedings upon said counsel.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** on August 2, 2018, that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system on the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

1 Global Capital LLC
1250 E. Hallandale Blvd.
Suite 409
Hallandale Beach, FL 33009          Respectfully submitted,

                                    /s/ Joel L. Tabas_____
                                    Joel L. Tabas
                                    Florida Bar No. 516902
                                    Tabas & Soloff, P.A.
                                    *Attorneys for Creditor,* **Western Alliance Bank**
                                    Ingraham Building, Suite 248
                                    25 SE Second Avenue
                                    Miami, Florida  33131
                                    Telephone:   (305) 375-8171
                                    Facsimile:   (305) 381-7708
                                    E-mail: jtabas@tabassoloff.com