

**ORDERED in the Southern District of Florida on August 2, 2018.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[1] | Case No. 18-19121-RBR |
| Debtors. | (Joint Administration Requested) |

**ORDER GRANTING DEBTORS' EXPEDITED MOTION TO FILE UNDER SEAL**
**THE SCHEDULE TO EMPLOYEE WAGE AND BENEFIT MOTION**

THIS MATTER came before the Court upon the *Debtors' Emergency Motion to File Under Seal the Schedule to Employee Wage and Benefit Motion* [ECF No. 23] (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"). The

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

[2] Any term not defined herein shall have the meaning ascribed to it in the Motion.

Motion seeks entry of an order authorizing the Debtors to file a schedule identifying, among other things, employees and their respective compensation under seal.  The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and that this Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; (v) notice of the Motion was appropriate under the circumstances and no other notice need be provided; and (vi) upon review of the record before the Court, including the legal and factual bases set forth in the Motion, good and sufficient cause exists to grant the relief requested.  Accordingly, it is

    **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Debtors are authorized to file, under seal, the Employee Schedule.

3. The Employee Schedule shall be maintained under seal even after the administrative closing of these chapter 11 cases, or in any conversion to chapter 7 cases.

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

#     #     #

<u>Submitted by</u>:

John R. Dodd, Esq.
Fla. Bar. No. 38091
doddj@gtlaw.com
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500

*Proposed Counsel for the Debtors
and Debtors-in-Possession*

(*Attorney Dodd is directed to serve copies of this Order upon all interested parties and to file a Certificate of Service with the Court.*)