UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                                    CASE NO.: 18-19121-BKC-RBR
                                                                                          Chapter 11

**1 GLOBAL CAPITAL LLC**

_____Debtor._____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO:   Clerk of Court
      UNITED STATES BANKRUPTCY COURT
      United States Courthouse
      299 East Broward Blvd., Room 112
      Ft. Lauderdale, FL 33301

**PLEASE TAKE NOTICE** that Monique D. Jewett-Brewster of Hopkins & Carley ALC, 70 S. First St., San Jose, CA 95113, hereby gives notice of her appearance in this case as Co-Counsel for Creditor, **WESTERN ALLIANCE BANK.** All parties are requested to take notice of said appearance and to serve copies of any and all motions, pleadings, orders, reports or documents of any kind or nature filed in these proceedings upon said counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on August 3, 2018, that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF system on the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

1 Global Capital LLC
1250 E. Hallandale Blvd., Ste. 409
Hallandale Beach, FL 33009

                            Respectfully submitted,

                            /s/ Monique D. Jewett-Brewster
                            Monique D. Jewett-Brewster
                            California Bar No. 217792
                            Hopkins & Carley ALC
                            *Attorneys for Creditor,* **Western Alliance Bank**
                            70 S. First St.
                            San Jose, CA 95113
                            Telephone:   (408) 286-9800
                            Facsimile:   (408) 998-4790
                            E-mail: mjb@hopkinscarley.com