UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[1] | Case No. 18-19121-RBR |
| Debtors. | (Joint Administration Requested) |
| | **Ref Docket Nos. 32, 36 and 37** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SENA SHARON, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 3, 2018, I caused to be served the:

   a. "Order (A) Authorizing the Debtors to Pay Pre-Petition Wages and Certain Employee Benefits, (B) Directing Banks to Honor Related Transfers, and (C) Granting Related Relief," dated August 2, 2018 [Docket No. 32],

   b. "Debtors' Emergency Motion for Interim and Final Orders Authorizing (1) the Continued Use of Existing Business Forms and Records; (2) the Maintenance of Existing Corporate Bank Accounts; (3) the Continued Use of the Existing Cash Management System; and (4) the Waiver of Certain Investment and Deposit Guidelines," dated August 3, 2018 [Docket No. 36], and

   c. "Notice of Hearing," dated August 3, 2018 [Docket No. 37],

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

    by causing true and correct copies to be:

      i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

      ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Sena Sharon*
                                                       Sena Sharon

Sworn to before me this
3rd day of August, 2018
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| U.S. ATTORNEY'S OFFICE | ATTN: JERROB DUFFY, ESQ. 99 N.E. 4TH STREET MIAMI FL 33132 |
| U.S. SECURITIES AND EXCHANGE COMMISSION | MIAMI REGIONAL OFFICE ATTN: CHRISTOPHER E. MARTIN 801 BRICKELL AVENUE SUITE 1800 MIAMI FL 33131 |

**Total Creditor count  2**

| Claim Name | Address Information |
|---|---|
| ALBERS, LLOYD RALPH | ESTATE OF 212 LONG BOW RD KNOXVILLE TN 37934 |
| ALLEN G MEEK IRA | PO BOX 1291 SEYMOUR TN 37865 |
| BLACKSTONE, CHRISTOPHER | 19630 SOUTHERN HILLS AVE BATON ROUGE LA 70809 |
| CARPENTER, CHARLES AND PATRICIA | 299 CARDINAL ST MARYVILLE TN 37803 |
| CHARLES CARPENTER IRA | 299 CARDINAL ST MARYVILLE TN 37803 |
| CHRISTOPHER SHEALY IRA | 1017 LEAH DR CARY IL 60013 |
| DAVIS, RICHARD AND CYNTHIA DAVIS | 1008 HWY K O FALLON MO 63366 |
| DIVERSIFIED HOLDINGS LTD | 17822 17TH ST STE 208 TUSTIN CA 92780 |
| DONALD STEC IRA | 2609 OLEANDER WAY KNOXVILLE TN 37931 |
| EDWARD C SMITH IRA 749199 | 3137 HOLLINGWORTH WEST COVINA CA 91792 |
| FRANK RIMI IRA | 355 LAKE GEORGE RD OAKLAND MI 48363 |
| KARA H MAY IRA | 120 SANTEE WAY LOUDON TN 37774-2123 |
| KHOSROW SOHRABY IRA | 13172 CONNELL DR OVERLAND PARK KS 66213 |
| LILIA A BAUTISTA IRA | 604 CRESTWICKE LN KNOXVILLE TN 37934 |
| LIPMAN, GEOFFREY | 5 ARTHUR GRUMIAUX 1640 RHODE SAINT GENESE BRUSSELLS 1001 BELGIUM |
| LOCHTEFELD, JAMES A | 8521 E 700 ST UNION CITY IN 47390 |
| MCALISTER, CHRIS | 8417 NORWAY STREET KNOXVILLE TN 37931 |
| RASNER JOINT LIVING TRUST DTD 10-3-17 | ATTN RUSSELL & KIMBERLY ANN RASNER 13241 WOOD DUCK DR PLAINFIELD IL 60585 |
| SNOW FLAKES LTD | 20165 NE 39 PLACE AVENTURA FL 33180 |
| STEPHEN F SAWA IRA | 552 CARRINGTON BLVD LENOIR CITY TN 37771 |
| STEVEN ROSS SHELTON IRA | ATTN STEVEN ROSS SHELTON 6425 SEASIDE DR LOVELAND CO 80538 |

**Total Creditor count  21**

| Claim Name | Address Information |
|---|---|
| BRIDGE BANK | 55 ALMADEN BLVD., SUITE 100 SAN JOSE CA 95113 |
| CITY NATIONAL BANK | 5900 N. ANDREWS AVE., SUITE 850 FORT LAUDERDALE FL 33309 |
| FIRST PREMIER BANK | 400 S. SYCAMORE AVE., SUITE 102 SIOUX FALLS SD 57110 |

**Total Creditor count  3**

# EXHIBIT B

# 1 GLOBAL CAPITAL LLC
## Electronic Mail – Master Service List

| Creditor Name | Email Address |
|---|---|
| GREENBERG TRAURIG, LLP | bloomm@gtlaw.com; keenanp@gtlaw.com; doddj@gtlaw.com; newmanar@gtlaw.com |
| GREENBERG TRAURIG, LLP | mialitdock@gtlaw.com; miaecfbky@gtlaw.com; crossmann@gtlaw.com |
| DOJ/US ATTY | jerrob.duffy@usdoj.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | BaddleyD@sec.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | MartinC@sec.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | millergm@sec.gov |
| AARONSON SCHANTZ BEILEY P.A. | gaaronson@aspalaw.com |
| TABAS & SOLOFF, P.A. | jtabas@tabassoloff.com |
| OFFICE OF THE U.S. TRUSTEE | USTPRegion21.MM.ECF@usdoj.gov |
| ON BEHALF OF CREDITOR LIFE CO INSURANCE SERVICES & RETIREMENT PLANNING, INC. | ppascuzzi@ffwplaw.com; phillip@telehilladvisors.com; lnlasley@ffwplaw.com |
| Total = 17 | |

**1 GLOBAL CAPITAL LLC**
**Electronic Mail – Additional Party**

mjb@hopkinscarley.com