

**ORDERED in the Southern District of Florida on August 3, 2018.**

*Raymond B. Ray, Judge*
*United States Bankruptcy Court*

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>1 GLOBAL CAPITAL LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-19121-RBR |
| In re:<br><br>1 WEST CAPITAL LLC,[2]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-19122-RBR |

**ORDER AUTHORIZING AND DIRECTING**
**THE JOINT ADMINISTRATION OF THE DEBTORS'**
**CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY**

---

[1] The business address and the last four (4) digits of this Debtor's federal tax identification number is: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517).

[2] The business address and the last four (4) digits of this Debtor's federal tax identification number is: 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

THIS MATTER came before the Court upon the *Motion of the Debtors for Entry of an Order Authorizing and Directing the Joint Administration of these Chapter 11 Cases for Procedural Purposes Only* [ECF No. 18] (the "**Motion**[2]") filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**").  Through the Motion, the Debtor seeks entry of an order to (a) authorizing and directing the joint administration of the Debtors' affiliated chapter 11 cases (the "**Chapter 11 Cases**") for procedural purposes only and (b) providing any additional relief required in order to effectuate the foregoing.

The Court has considered the Motion and the record in these Chapter 11 Cases.  Based on the foregoing, the Court finds that (i) it has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) good and sufficient notice of the Motion has been given and no other or further notice is necessary; (v) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, their equity holders and other parties-in-interest; and (iv) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein.  It is therefore

**ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above-captioned Chapter 11 Cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned Chapter 11 Cases, and this

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4. The caption of the Debtors' jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| In re:<br><br>1 GLOBAL CAPITAL LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-19121-RBR<br><br>(Jointly Administered) |
|---|---|

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

5. A docket entry shall be made in each of the Debtors' Chapter 11 Cases substantially as follows:

> An order (the "**Joint Administration Order**") has been entered in this case directing the joint administration of the chapter 11 cases listed below under Case No. 18-19121-RBR. The docket in Case No. 18-19121-RBR should be consulted for all matters affecting this case. The following chapter 11 cases are jointly administered pursuant to the Joint Administration Order: Case No. 18-19121-RBR and Case No. 18-19122-RBR.

6. The Debtors are authorized to use a combined service list for the jointly administered Chapter 11 Cases and combined notices shall be sent to creditors of the Debtors' estates.

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

###

**Submitted by:**

Paul J. Keenan Jr., Esq.
Fla. Bar. No. 594687
keenanp@gtlaw.com
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Tel: 305-579-0500

*Proposed Counsel for the Debtors
and Debtors-in-Possession*

(*Attorney Keenan is directed to serve copies of the order and shall file a certificate of service.*)