IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA - FORT LAUDERDALE DIVISION District of FLORIDA - Fort Lauderdale

RE: 1 GLOBAL CAPITAL LLC

**Debtor**

: Bankruptcy Number: 18-19121-RBR

: Chapter: 11

## REQUEST FOR NOTICES

### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Deb Secrest, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated: 07/31/2018

By: _____ /S/ Deb Secrest _____

Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 702
Harrisburg, PA 17121
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email: ra-li-ucts-bankrupt@state.pa.us



U. S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

AUG - 6 2018

FILED_____ RECEIVED___

UC-666 09-10 (page 1)