UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[1] | Case No. 18-19121-RBR |
| Debtors. | (Jointly Administered) |

**_EX PARTE_ MOTION OF DEBTORS-IN-POSSESSION FOR AN ORDER GRANTING EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS, AND PAYROLL AND SALES TAX REPORTS**

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") respectfully request the entry of an *ex parte* order, substantially in the form attached as Exhibit A hereto, granting an extension of time for the Debtors to file their Schedules, Statements of Financial Affairs, and Payroll and Tax Reports (as defined below) through and including August 28, 2018, which is a date more than seven days before the date currently set for the section 341 meeting of creditors.

In support of this Motion, the Debtors respectfully represent as follows:

**Status of the Case**

1.     On July 27, 2018 (the "Petition Date"), the Debtors commenced these cases (the "Chapter 11 Cases") by filing voluntary petitions for relief under chapter 11 of title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Court").

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are:  1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

2. The Debtors have continued in possession of their properties and are operating and managing their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. No request has been made for the appointment of a trustee or examiner. A creditors' committee has not yet been appointed in these Chapter 11 Cases.

4. The meeting of creditors pursuant under Section 341 of the Bankruptcy Code is currently scheduled for September 5, 2018 [ECF No. 31] (the "341 Meeting").

## Jurisdiction, Venue and Statutory Predicates

5. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

6. The predicates for the relief requested herein are 11 U.S.C. § 521, Federal Rules of Bankruptcy Procedure 1007 and 9006, and Local Rules 1007-1(B), 2081-1(A), and 9013-1(C)(2).

## Background

7. The Debtors provide direct financing to small businesses across the U.S., specializing in unsecured, short-term commercial financing and merchant cash advances ("MCAs"). Over the past five years, the Debtors have assisted businesses across an array of industries, including automotive, construction, e-commerce, hospitality, healthcare, manufacturing, retail, restaurant/bar, and transportation. The Debtors' business operations are funded through private, short-term loans, which are invested in the MCAs and other funding products offered to the Debtors' customers.

8. Prior to the filing of these Chapter 11 Cases, the Securities and Exchange Commission ("SEC"), Miami Region, opened an investigation into the Debtors' activities related to alleged possible securities law violations, including the alleged offer and sale of unregistered securities, the alleged sale of securities by unregistered brokers, and the alleged commission of fraud in connection with the offer, purchase, and sale of securities. The Office of the United States Attorney for the Southern District of Florida ("USAO") also opened a parallel investigation into certain of the same and other business activities of the Debtors. The Debtors are also the subject of investigations by state attorneys general in certain states in which investors were solicited to provide loans to the Debtors. The Debtors have and continue to cooperate with the SEC and USAO, and as of the Petition Date, neither the SEC nor the USAO had filed any formal charges or commenced any legal action in any court against the Debtors and/or any of its employees.

9. As a result of the aforementioned investigations, the Debtors were not in a position to raise new capital necessary to continue operations, and the Debtors found themselves in the midst of a sudden and acute liquidity crisis. With the filing of these Chapter 11 Cases, the Debtors implemented a series of corporate actions to transfer control of the business to independent, outside management. The Debtors seek to utilize the protections of chapter 11 to preserve their assets and business operations for the benefit of their individual lenders and other constituents and to ensure a smooth transition of management and continuity of their MCA business while they evaluate their strategic options.

10. Additional details and background regarding the Debtors' business and operations and the events precipitating the commencement of these Chapter 11 Cases can be found in the *Expedited Motion of the Debtors for Entry of an* Ex Parte *Order Scheduling a Status Conference* [ECF No. 6] and the *Chapter 11 Case Management Summary* [ECF No. 8].

**Relief Requested and Basis Therefor**

11. The Debtors' Schedules and Statements of Financial Affairs, and the Debtors' Notice of Filing Payroll and Sales Tax Reports (the "Payroll and Tax Reports"), are due to be filed by August 10, 2018, pursuant to Bankruptcy Rule 1007 and Local Rule 2081-1(A), respectively. By way of this Motion, the Debtors seek an order extending those deadlines through and including August 28, 2018, for cause, as set forth below.

12. Bankruptcy Rule 1007(c) authorizes the Court to extend a debtor's time to file its Schedules and Statements of Financial Affairs on motion for cause shown. Likewise, Rule 9006(b) states that the Court, for cause shown, may order a period enlarged if the request to do so is made before the expiration of the period originally prescribed. Local Rule 9013-1(C)(2) provides that motions for extension of time for filing schedules, statements, or lists may be considered without a hearing. For the reasons set forth below, the Debtors submit that cause exists to extend the time to file their Schedules, Statements of Financial Affairs, and Payroll and Tax Reports.

13. On the Petition Date, a series of corporate actions were implemented to transfer control of the Debtors and their operations to independent management. Among other actions, the Debtors engaged Development Specialist, Inc. ("DSI") to provide financial advisory services, and retained from DSI Bradley D. Sharp as Chief Restructuring Officer ("CRO") and Joseph J. Luzinski as Deputy CRO.

14. Since the Petition Date, the Debtors, the CRO and Deputy CRO, and their professionals have focused on transitioning into Chapter 11, including, without limitation, securing access to the Debtors' physical premises and electronic systems, addressing business and operational matters arising in light of the Debtors' liquidity issues and the filing of these Chapter 11 Cases, communicating with the SEC, USAO and other parties in interest, preparing

the Case Management Summary and presenting to the Court the status of these Chapter 11 Cases, and seeking "first day" relief for authority to pay pre-petition wages and certain other employee benefits and to maintain the Debtors' existing cash management system and bank accounts.

15. In light of these circumstances, the Debtors, the CRO and Deputy CRO, and their professionals have only just begun the process of compiling and reviewing the voluminous information necessary to complete the Schedules, Statements of Financial Affairs, and Payroll and Tax Reports. In order to complete the Schedules, Statements of Financial Affairs, and Payroll and Tax Reports, the Debtors must compile information from various books, records and other documents relating to a multitude of transactions, some of which may be difficult to ascertain immediately in light of the exigent filing of these Chapter 11 Cases. In addition, the newly-appointed CRO requires additional time to review and compile what may be voluminous information and records in order to prepare these documents in forms sufficient for filing. Given the critical matters with which the Debtors have been and are currently dealing, and the voluminous information that must be compiled and reviewed to prepare accurate Schedules, Statements of Financial Affairs, and Payroll and Tax Reports, the Debtors submit cause exists for an extension of the deadline to file the Schedules, Statements of Financial Affairs, and Payroll and Tax Reports from August 10, 2018 to August 28, 2018.

16. In addition, Local Rule 1007-1(B) provides that an extension of the time for filing Schedules and Statements of Financial Affairs "within seven days before the §341 meeting" may be granted only after a hearing and upon a showing of exception circumstances. The last day of the extension requested by this Motion occurs on the eighth day before the 341 Meeting. Therefore, the additional requirements of Local Rule 1007-1(B) do not apply here.

17. Undersigned counsel has contacted the Office of the United States Trustee ("UST") concerning the relief requested in this Motion, and has been advised that the UST has no objection to the extension of time requested.

18. In seeking the requested relief, the Debtors are mindful of the importance of filing true and accurate Statements, Schedules and Reports, and the reliance that creditors and other parties in interest typically place on such documents.  The extension of time is not sought for purposes of delay nor to prejudice unfairly the rights of any party in interest.  Rather, this relief will help ensure the Debtors' smooth transition into chapter 11 and avoid the possible disruptions and distractions that could otherwise divert the Debtors' attention from more exigent matters during the initial days of these Chapter 11 Cases.

19. Accordingly, for all the reasons set forth above, the Debtors respectfully submit that cause exists to grant an extension of time through and including August 28, 2018 within which to file their Schedules, Statements of Financial Affairs, and Payroll and Tax Reports, without prejudice to seek additional extensions.

**WHEREFORE**, the Debtors respectfully request that the Court enter an *ex parte* order extending the time for the Debtors to file their Schedules, Statements of Financial Affairs, and Payroll and Tax Reports through and including August 28, 2018, without prejudice to seek additional extensions, and granting such other and further relief as the Court deems just and proper.

Dated: August 9, 2018                    GREENBERG TRAURIG, LLP

*/s/ John R. Dodd*
Mark D. Bloom
Fla. Bar No. 303836
bloomm@gtlaw.com

Paul J. Keenan Jr.
Fla. Bar No. 0594687
keenanp@gtlaw.com

John R. Dodd
Fla. Bar No. 38091
doddj@gtlaw.com

333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Tel: 305-579-0500
Fax: (305) 579-0717

*Proposed Counsel for the Debtors
and Debtors-in-Possession*

**Exhibit A**
**(Form of *Ex Parte* Order)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[2] | Case No. 18-19121-RBR |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS, AND PAYROLL <u>AND SALES TAX REPORTS</u>**

THIS MATTER came before the Court, without a hearing, upon the Debtors' *Motion for an Order Granting Extension of Time to File Schedules, Statements of Financial Affairs, and*

---

[2]   The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

*Payroll and Sales Tax Reports* [ECF No. ___] (the "Motion"),[2] seeking an extension of time through and including August 28, 2018 for the Debtors to file their Schedules, Statements of Financial Affairs, and Payroll and Sales Tax Reports.  The Court, having considered the Motion and the record in these Chapter 11 Cases, finds and concludes cause exists for the requested extension of time.  Accordingly, it is

    **ORDERED** that:

    1.    The Motion is **GRANTED**.

    2.    The time for the Debtors to file their Schedules, Statements of Financial Affairs, and Payroll and Sales Tax Reports is extended through and including August 28, 2018.

    3.    This Order is without prejudice to further requests for an extension of time.

###

Submitted by:

Mark D. Bloom
bloomm@gtlaw.com
Paul J. Keenan, Jr.
keenanp@gtlaw.com
John R. Dodd
doddj@gtlaw.com
333 S.E. 2nd Avenue
Suite 4400
Miami, FL 33131
Telephone: 305-579-0500
Facsimile: 305-579-0717

(*Mr. Dodd is directed to serve a conformed copy of this Order on interested parties and file a certificate of service.*)

---

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2