## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC[1] | Case No. 18-19121-RBR |
| Debtor. _____/ | |
| In re: | Chapter 11 |
| 1 WEST CAPITAL LLC[2] | Case No. 18-19122-RBR |
| Debtor. _____/ | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Joseph E. Sarachek, Esq. of The Sarachek Law Firm hereby enters this Notice of Appearance pursuant to Sections 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Shulamith Fleischer a creditor in the above-captioned matter. The undersigned requests that the Clerk of this Court add counsel's name and address to the master list of creditors and any official service list for purposes of receiving notices and pleadings, including pursuant to Bankruptcy Rules 2002, 3017 and 9007, and request that the Clerk, its agent, and all other parties to this case deliver all such notices and pleadings, as follows:

>Joseph E. Sarachek, Esq.
>The Sarachek Law Firm
>101 Park Avenue, 27th Floor
>New York, NY 10178
>Telephone: (212) 808-7881
>Facsimile: (646) 861-4950
>Email: joe@saracheklawfirm.com

---

[1] The business address and the last four (4) digits of this Debtor's federal tax identification number are: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517).

[2] The business address and the last four (4) digits of this Debtor's federal tax identification number are: 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statements or plans of reorganization filed in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any (i) rights to have final orders in non-core matters (or core matters as to which such grant of core status by Congress violates the Constitution) entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Shulamith Fleischer is or may be entitled under agreements, in law, or, in equity, all of which rights, claims, actions, defenses setoffs, and recoupments are expressly reserved.

Dated:  August 10, 2018

                                                 **THE SARACHEK LAW FIRM**

                                                 */s/ Joseph E. Sarachek*

Joseph E. Sarachek (NY Bar No. 2163228)
The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York, NY  10178
Telephone: (212) 808-7881
Facsimile: (646) 861-4950
Email: joe@saracheklawfirm.com