

**ORDERED in the Southern District of Florida on August 9, 2018.**

*Raymond B. Ray, Judge*
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[1] | Case No. 18-19121-RBR |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS, AND PAYROLL AND SALES TAX REPORTS**

THIS MATTER came before the Court, without a hearing, upon the Debtors' *Motion for an Order Granting Extension of Time to File Schedules, Statements of Financial Affairs, and*

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

*Payroll and Sales Tax Reports* [ECF No. 49] (the "Motion"),[2] seeking an extension of time through and including August 28, 2018 for the Debtors to file their Schedules, Statements of Financial Affairs, and Payroll and Sales Tax Reports.  The Court, having considered the Motion and the record in these Chapter 11 Cases, finds and concludes cause exists for the requested extension of time.  Accordingly, it is

    **ORDERED** that:

    1.    The Motion is **GRANTED**.

    2.    The time for the Debtors to file their Schedules, Statements of Financial Affairs, and Payroll and Sales Tax Reports is extended through and including August 28, 2018.

    3.    This Order is without prejudice to further requests for an extension of time.

###

Submitted by:

Mark D. Bloom
bloomm@gtlaw.com
Paul J. Keenan, Jr.
keenanp@gtlaw.com
John R. Dodd
doddj@gtlaw.com
333 S.E. 2nd Avenue
Suite 4400
Miami, FL 33131
Telephone: 305-579-0500
Facsimile: 305-579-0717

(*Mr. Dodd is directed to serve a conformed copy of this Order on interested parties and file a certificate of service.*)

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.