8/9/2018

U. S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

AUG 1 4 2018

FILED _____ RECEIVED _____

CASE#18-19121-RBR

CASE#18-19122-RBR

Please change my address on all communications:

Carole C. Bradshaw

408 Olive Lane

Canonsburg, PA 15317

Sincerely-

*Carole C. Bradshaw*

Carole C. Bradshaw