Wednesday, August 8, 2018        9:28 AM



Walter Wygal at 8/8/2018 9:30 AM
## Bankruptcy Clerk's
Divisional Office Where
Assigned Judge is
Chambered

*Bankruptcy Case #18-19121-RBR  Debtor  1 Global Capital LLC*
*Bankruptcy Case #18-19122-RBR Debtor 1 West Capital LLC*

☐  *Please make address change to Creditor  Walter A. Wygal + Michelyn C. Wygal*

    FROM    235 CARTEGENA WAY    TO    2355 CARTEGENA WAY
                 OCEANSIDE CA 92056          OCEANSIDE CA 92056

Sincerely Yours,

Walter A Wygal

Michelyn C. Wygal