UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                Chapter 11
1 Global Capital LLC, *et al.,*                        Case No. 18-19121-RBR
    Debtors.                                                (Jointly Administered)
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Eric Pendergraft, Esq. and John Page of Shraiberg, Landau & Page, P.A. hereby enters their notice of appearance as counsel for Capital Stack, LLC as a creditor in the above-styled case, and request that they receive copies of all pleadings, motions, schedules and notices filed or served in this matter.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was served via Notice of Electronic Mail through the Case Management/Electronic Case Filing system to those parties registered to receive electronic notices of filing in this case on August 15, 2018.

          Respectfully Submitted,

          **SHRAIBERG, LANDAU & PAGE, P.A.**
          2385 NW Executive Center Drive, #300
          Boca Raton, Florida 33431
          T: 561-443-0800/ F: 561-998-0047
          Email: jpage@slp.law
          Email: ependergraft@slp.law

          By:  */s/ Eric Pendergraft*
                John E. Page
                Florida Bar No. 0860581
                Eric Pendergraft
                Florida Bar No. 91927