**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flmb.uscourts.gov

In re:

1 GLOBAL CAPITAL LLC,                CASE NO.: 18-19121-RBR

    Debtor
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY given that CHARLES TATELBAUM of the law firm of TRIPP SCOTT, P.A., hereby appears on behalf of GEORGE ROBERT DELOACH., in the above-styled case, and requests that he be provided copies of all pleadings and other papers filed herein at the following address:

Charles M. Tatelbaum, Esq.
Tripp Scott, P.A.
110 S.E. 6th Street
Fifteenth Floor
Fort Lauderdale, FL 33301
cmt@trippscott.com
hbb@trippscott.com
Telephone: (954) 525-7500
Facsimile:  (954) 761-8475

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2018, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system.

    Respectfully submitted,

    **TRIPP SCOTT, P.A.**

>*Counsel for George R. Deloach*
>110 S.E. 6th Street
>Fifteenth Floor
>Ft. Lauderdale, FL 33301
>Telephone:  954-525-7500
>Facsimile:   954-761-7500
>
>By:    /s/ *Charles M. Tatelbaum*
>         Charles M. Tatelbaum
>         Florida Bar No. 177540
>         cmt@trippscott.com
>         hbb@trippscott.com