**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

*In re:*                                                                Case No.: 18-19121-RBR

**1 GLOBAL CAPITAL LLC,**                                  Chapter 11

**Debtor.**
_____/

## NOTICE OF APPERANCE

**PLEASE TAKE NOTICE** that Jeffrey R. Sonn, Esq., Sonn Law Group, P.A., gives notice of his appearance as counsel for Creditors, Andrew Washor and Nancy Washor, in the above-styled case and requests that all notices, pleadings, motions, orders and other documents filed in this proceeding, in order that the above-named creditors may appear and be heard on any issue as a party in interest, be served upon the undersigned. All such documents should be addressed as follows:

**SONN LAW GROUP, P.A.**
**Jeffrey R. Sonn, Esq.**
**One Turnberry Place**
**19495 Biscayne Blvd., Suite 607**
**Aventura, FL 33180**
**Telephone: 305.912.3000**
E-mail: **jsonn@sonnlaw.com**

Please take further notice that the foregoing demand includes not only the notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed electronically by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced jointly administered cases and the proceedings therein.

**SONN LAW GROUP, P.A.**
19495 Biscayne Blvd., Suite 607, Aventura, Florida 33180
Tel.: (305) 912-3000

1

Please take further notice that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court, specifically, but not limited to: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the foregoing creditors are or may be entitled under agreement, in law, or in equity, all of which rights claims, actions, defenses, setoffs, and recoupments are expressly reserved.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing served via Notice of Electronic Filing CM/ECF to those parties registered to receive electronic notices of filing in this case on this 15th day of August, 2018.

> *I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in local Rule 2090-1(A).*

        SONN LAW GROUP, P.A.
        *Attorneys for Andrew and Nancy Washor*
        One Turnberry Place
        19495 Biscayne Blvd., Suite 607
        Aventura, FL 33180
        Telephone Number: (305) 912-3000

By: */s/ Jeffrey R. Sonn*
        Jeffrey R. Sonn, Esq.
        Florida Bar No.: 773514
        jsonn@sonnlaw.com