

**ORDERED in the Southern District of Florida on August 27, 2018.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

*In re:*                                          Case No. 18-19121-RBR
                                                  Chapter 11
                                                  Judge: RAYMOND B. RAY
1 GLOBAL CAPITAL LLC

                Debtor(s).
_____/

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the *Motion to Appear Pro Hac Vice* [ECF # 100 ]. The Court having reviewed the motion and good cause appearing, it is **ORDERED** that Alan C. Hochheiser ("Visiting Attorney"), may appear before this court *pro hac vice* as counsel for Collins Asset Group, LLC (the "Creditor") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of the Creditor, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this Court.

Visiting Attorney may apply to become a registered user CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

Christopher P. Hahn ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

Charles P. Hahn, Esq.
Maurice Wutscher LLP
110 E. Broward Blvd. Suite 1700
Fort Lauderdale, FL 333031
Tel. 772-237-3410 Fax. 866-581-9302
chahn@mauricewutscher.com
Fla. Bar. No. 87577

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(B)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Creditor. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act s local attorney for the Creditor in all such proceedings.

# # #

**Submitted by:**
Christopher P. Hahn, Esq.
Maurice Wutscher, LLP
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Tel. (772) 237-3410 / Fax (866) 581-9302
Fla. Bar No. 87577
chahn@MauriceWutscher.com

**COPIES TO:**
Alan C. Hochheiser, Esq.
Christopher P. Hahn, who shall serve a copy of this order on the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, a copy of the foregoing document was served on all interested parties via CM/ECF to the following parties:

Mark D. Bloom, Esq.
333 S.E. 2nd Avenue #4400
Miami, FL 33131

Paula J. Keenan, Jr., Esq.
333 Avenue of the Americas #4400
Miami, FL 33131

U.S. Trustee
Office of the U.S. Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130

Paul J. Pascuzzi, Esq.
400 Capitol Mall #1750
Sacramento, CA 95814

David W. Baddley, Esq.
950 E. Paces Ferry Road NE #900
Atlanta, GA 30326

Joel L. Tabas, Esq.
25 SE 2nd Avenue, Suite 248
Miami, FL 33131

Capital Stack, LLC
c/o Shraiberg, Landau & Page, P.A.
Eric S. Pendergraft, Esq.
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, FL 33431

First Premier Bank
c/o Kristopher E. Pearson, Esq.
Stearns Weaver Miller
150 W. Flagler St. #2200
Miami, FL 33130

John R. Dodd, Esq.
333 Avenue of the Americas #4400
Miami, FL 33131

Ari Newman, Esq.
333 Avenue of the Americas #4400
Miami, FL 33131

Joseph E. Sarachek, Esq.
101 Park Avenue 17th Floor
New York, NY 10178

Robert P. Charbonneau, Esq.
Agentis PLLC
501 Brickell Key Drive #300
Miami, FL 33131

Monique D. Jewett-Brewster, Esq.
Hopkins & Carley, ALC
70 S. First St.
San Jose, CA 95113

Geoffrey S. Aaronson, Esq.
2 South Biscayne Blvd. 34th Floor
Miami, FL 33131

George Robert DeLoach
c/o Tripp Scott, P.A.
Charles M. Tatelbaum, Esq.
110 SE 6th Street
15th Floor
Ft Lauderdale, FL 33301
Mark Stanley
c/o John V Del Gaudio, Jr., Esq.
3533 Magnolia Drive
Markham, IL 60428

Andrew Washor
c/o Jeffrey R. Sonn, Esq.
500 E. Broward Blvd. #1600
Ft. Lauderdale, FL 33394

and on the following via first class mail:

Commonwealth of Pennsylania
c/o Deb Secrest
651 Boas St. #702
Harrisburg, PA 17121

EPIQ Solutions (Garabato)
Epiq Bankruptcy Solutions, LLC
777 Third Avenue 12th Floor
New York, NY 10017

Life Co Insurance Services & Retirement Planning, Inc.
Felderstein Fitzgerald et al
400 Capitol Mall, Suite 1750
Sacramento, CA 95814

U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road NE, Suite 900
Atlanta, GA 30326-1382

Barbara G. Beeler
E. Wayne Beeler
5017 Macmont Circle
Powell, TN 37849

Henry Bessel
Sondra Bessel
310 El Grande Lane
Lenoir City, TN 37771

Carole C. Bradshaw
408 Olive Lane
Canonsburg, PA 15317

Ivan Goldberg
7941 NW 90th Avenue
Tamarac, FL 33321

Cindy Hickerson
310 El Grande Lane
Lenoir City, TN 37771

Adam Hopkins
917 Main Street #607
Houston, TX 77002

Scott Merkelson
941 NW 73rd Avenue
Plantation, FL 33317

Joe Peterson
279 North Ridge Drive
Saltillo, MS 38866-9386

Lawrence M. Rutkowski
2577 Bell Circle
Stevensville, MI 49127

Fairy Trowbridge
Norman Trowbridge
12830 Johnson Drive #305
Shawnee, KS 66216

Michelyn C. Wygal
Walter A. Wygal
2355 Cartagena Way
Oceanside, CA 92056

/s/ Christopher P. Hahn