UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                             CHAPTER 11

**1 GLOBAL CAPITAL, LLC.**                      Case No.: 18-19121- RBR

            Debtor.          /

## APPOINTMENT AND NOTICE OF APPOINTMENT OF
## COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to:  All parties on the attached service list on this the 7th day of September 2018.

                                                          Daniel M. McDermott
                                                          United States Trustee
                                                          Region 21

                                                          By:                    /s/
                                                          Damaris D. Rosich-Schwartz
                                                          FL Bar No. 042065
                                                          Trial Attorney
                                                          Office of the U.S. Trustee
                                                          51 SW First Avenue
                                                          Suite 1204
                                                          Miami, FL 33130
                                                          Tele:  (305) 536-7285
                                                          Fax: (305)   536-7360
                                                          Damaris.D.Rosich-schwartz@usdoj.gov

# EXHIBIT A

| Names and contact information. | Email addresses |
|---|---|
| Charles Blackstone<br>19630 Southern Hills Ave<br>Baton Rouge, LA  70809<br>Ph:  (225) 778-7520<br>Fax: (225) 756-5441 | cwblacks@cox.net |
| James A. Lochtefeld<br>8521 E 700 St<br>Union City, IN  47390<br>Ph:  (260) 335-2677 | jalochtefeld@gmail.com |
| Khosrow Sohraby IRA<br>c/o Khosrow Sohraby<br>13172 Connell Drive<br>Overland Park, KS  66213 | ksohraby@yahoo.com |
| Steven Ross Shelton IRA<br>c/o Steven Ross Shelton<br>6425 Seaside Dr.<br>Loveland, CO  80538<br>Ph:  (970) 685-9797 | Steve69048@yahoo.com |
| Charles Carpenter IRA<br>c/o Charles Carpenter<br>299 Cardinal Street<br>Maryville, TN  37903<br>Ph:  (865) 771-1329 | carpen@chartertn.net |
| Geoffrey Lipman<br>5 Arthur Grumiaux<br>1640 Rhode Saint Genese<br>Brussels, Belgium<br>Ph:  (011) 32 495-250789 or<br>       (011) 32 263-36269 | glipman@gmail.com |
| Donald Stec IRA<br>c/o Donald Stec<br>2609 Oleander Way, Apt. #125<br>Knoxville, TN  37931<br>Ph:  (609) 410-5606 | Donald.stec@libertymutual.com |

# SERVICE LIST

- Geoffrey S. Aaronson    gaaronson@aspalaw.com, 5408891420@filings.docketbird.com
- David W Baddley    baddleyd@sec.gov
- Mark D. Bloom    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- John R. Dodd    doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com
- EPIQ Solutions (Garabato)    sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- Christopher P Hahn    litigation@mauricewutscher.com, chahn@mauricewutscher.com
- Alan C Hochheiser    ahochheiser@mauricewutscher.com
- Monique D. Jewett-Brewster    mjb@hopkinscarley.com, vcastro@hopkinscarley.com
- Paul J. Keenan, Jr.    keenanp@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- Ari Newman    newmanar@gtlaw.com, crossmann@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- Paul J Pascuzzi    ppascuzzi@ffwplaw.com, phillip@telehilladvisors.com,lnlasley@ffwplaw.com
- Kristopher E Pearson    kpearson@stearnsweaver.com, rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com
- Eric S Pendergraft    ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- Damaris D Rosich-Schwartz    Damaris.D.Rosich-Schwartz@usdoj.gov
- Neil S. Sader    nsader@saderlawfirm.com, sadernr42111@notify.bestcase.com
- Joseph E Sarachek    joe@saracheklawfirm.com
- Jeffrey R Sonn    jsonn@sonnerez.com
- Joel L Tabas    jtabas@tabassoloff.com, jcepero@tabassoloff.com;kborrego@tabassoloff.com
- Charles M Tatelbaum    cmt@trippscott.com, hbb@trippscott.com;cvp@trippscott.com;eservice@trippscott.com

Steven F. Sawa IRA
c/o Steven F. Sawa
552 Carrington Blvd.
Lenoir City, TN 37771

Estate of Lloyd Ralph Albers
c/o Larry Eugene Albers
212 Long Bow Rd.
Knoxville, TN  37934

Allen G. Meek IRA
c/o Allen G. Meek
P. O.  Box 1291
Seymour, TN  37865 or
2529 Chapman Hwy  #4
Sevierville, TN  37876

Ralph D. Hullander
810 Highland Drive, Apt. #201
Knoxville, TN  37912

Vincent Cartaya
ProdSpace.com LLC
95 Merrick Way, 3rd Floor
Coral Gables, FL  33134

Kara H. May IRA
c/o Kara H. May
120 Santee Way
Loudon, TN 37774-2123

Charles and Patricia Carpenter
299 Cardinal Street
Mayville, TN  37803

Richard and Cynthia Davis
840 Santiwood Place
Crestwood, MO  63126

Edward C Smith, IRA
c/o Edward C. Smith
3137 Hollingworth
West Covina, CA  91792

Frank Rimi IRA
c/o Frank Rimi
355 Lake George Rd.
Oakland, MI  48363

Barbara G Beeler
5017 Macmont Circle
Powell, TN 37849

E Wayne Beeler
5017 Macmont Circle
Powell, TN 37849

Henry Bessel
310 El Grande Lane
Lenoir City, TN 37771

Sondra Bessel3
10 El Grande Lane
Lenoir City, TN 37771

Carole C. Bradshaw
408 Olive Lane
Canonsburg, PA 15317

Commonwealth of Pennsylvania
c/o Deb Secrest
651 Boas St #702
Harrisburg, PA 17121

Karen L. Cooper
2517 Meridian Way
Rocklin, CA 95765-4763

John V Del Gaudio
3533 Magnolia Dr
Markham, IL 60428

Ivan Goldberg
7941 NW 90th Ave
Tamarac, F 33321

Samuel Goodin
1300 Saratoga Ave
Unit 1002
Ventura, CA 93003-6410

Cindy Hickerson
310 El Grande Lane
Lenoir City, TN 37771

Adam Hopkins
917 Main St #607
Houston, TX 77002

Alejandro Ignacio
2101 S Ocean Dr., Apt 2001
Hollywood, FL 33019

Bernard E. Kane
Post Office Box 792
Townsend, TN 37882

Jan Kovach
15314 Oyster Creek Ln
Sugar Land, TX

Scott Merkelson
841 NW 73rd Avenue
Plantation, FL 33317

Joe Peterson
279 North Ridge Drive
Saltillo, MS 38866-9386

Lawrence M. Rutkowski
2577 Bell Circle
Stevensville, MI 49127

Irene J. Seager-Eason
2204 Jamestown Lane
Oxnard, CA 93035

Bradley D. Sharp
Development Specialists, Inc.
333 South Grand Avenue, Suite 4070
Los Angeles, CA 90071-1544

Olga Solorenko
2101 S Ocean Dr., #2001
Hollywood, FL 33019

Michael Strom
8815 Arborway Ct., Apt 113
Indianapolis, IN 46268

Fairy Trowbridge
12830 Johnson Dr., Apt 305
Shawnee, KS 66216

Norman Trowbridge
12830 Johnson Dr., Apt 305
Shawnee, KS 66216

Wieniewitz Financial LLC

Deana Woodruff
1111 N Northshore Drive, Suite N-290
Knoxville, TN 37919

Kelley Woodruff
1111 N Northshore Drive, Suite N-290
Knoxville, TN 37919

Michelyn C. Wygal
2355 Cartegena Way
Oceanside, CA 92056

Walter A. Wygal
2355 Cartegena Way
Oceanside, CA 92056