UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                Chapter 11

1 GLOBAL CAPITAL, LLC,                              Case No. 18-19121-RBR
1 WEST CAPITAL, LLC,                                   Case No. 18-19121-RBR

    Debtors.                                                   *Jointly Administered Under*
_____/          *Case No. 18-19121-RBR*

1 GLOBAL CAPITAL, LLC,                              Case No. 18-19121-RBR

    Applicable Debtor.                  /

**NOTICE OF APPEARANCE, REQUEST TO RECEIVE
DOCUMENTS, AND REQUEST TO BE ADDED TO MAILING MATRIX**

The undersigned, Harley E. Riedel, of Stichter, Riedel, Blain & Postler, P.A., hereby gives notice of his appearance as **proposed counsel** for the Official Committee of Unsecured Creditors **in the above-styled case** and requests that copies of all pleadings, correspondence and all other documents and papers filed in this case hereafter be furnished to the undersigned; and further requests to be added to the Clerk's mailing matrix in this case.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        /s/ Harley E. Riedel
Harley E. Riedel (Fla. Bar #183628)
STICHTER, RIEDEL, BLAIN
& POSTLER, P.A.
110 East Madison St., Ste. 200
Tampa, Florida  33602
Phone:  (813) 229-0144
Fax:      (813) 229-1811
Primary:   hriedel@srbp.com
Attorneys for The Official Committee of Unsecured Creditors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF APPEARANCE, REQUEST TO RECEIVE DOCUMENTS, AND REQUEST TO BE ADDED TO MAILING MATRIX has been furnished on this 14th day of September, 2018, by transmission of notices of electronic filing generated by CM/ECF, to all registered users in the above-captioned jointly administered cases, as indicated on the attached service list.

/s/ Harley E. Riedel
Harley E. Riedel (Fla. Bar #183628)
STICHTER, RIEDEL, BLAIN
& POSTLER, P.A.
110 East Madison St., Ste. 200
Tampa, Florida  33602
Phone:   (813) 229-0144
Fax:        (813) 229-1811
Email:       hriedel@srbp.com
Attorneys for The Official Committee of Unsecured Creditors

## **Service List**

### **Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Geoffrey S. Aaronson    gaaronson@aspalaw.com, 5408891420@filings.docketbird.com
- David W Baddley    baddleyd@sec.gov
- Mark D. Bloom    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
- Robert P. Charbonneau    rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- John R. Dodd    doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com
- EPIQ Solutions (Garabato)    sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- Morgan B. Edelboim    morgan@elrolaw.com, eservice@elrolaw.com
- Christopher P Hahn    litigation@mauricewutscher.com, chahn@mauricewutscher.com
- Alan C Hochheiser    ahochheiser@mauricewutscher.com
- Monique D. Jewett-Brewster    mjb@hopkinscarley.com, vcastro@hopkinscarley.com
- Paul J. Keenan, Jr.    keenanp@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- Ari Newman    newmanar@gtlaw.com, crossmann@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Paul J Pascuzzi    ppascuzzi@ffwplaw.com, phillip@telehilladvisors.com,lnlasley@ffwplaw.com
- Kristopher E Pearson    kpearson@stearnsweaver.com, rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com
- Eric S Pendergraft    ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- Damaris D Rosich-Schwartz    Damaris.D.Rosich-Schwartz@usdoj.gov
- Neil S. Sader    nsader@saderlawfirm.com, sadernr42111@notify.bestcase.com
- Joseph E Sarachek    joe@saracheklawfirm.com
- Jeffrey R Sonn    jsonn@sonnerez.com
- Joel L Tabas    jtabas@tabassoloff.com, jcepero@tabassoloff.com;kborrego@tabassoloff.com
- Charles M Tatelbaum    cmt@trippscott.com, hbb@trippscott.com;cvp@trippscott.com;eservice@trippscott.com

h:\user\1 global\notices\noa - her - 1 global.docx