

**ORDERED in the Southern District of Florida on December 13, 2018.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[1] | Case No. 18-19121-RBR |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING DEBTORS' MOTION FOR THE ENTRY OF AN ORDER**
**EXTENDING THE EXCLUSIVE PERIODS DURING WHICH THE DEBTORS MAY**
**FILE AND SOLICIT ACCEPTANCES OF A PLAN**

THIS MATTER came before the Court for a hearing on December 11, 2018, at 11 a.m.,

upon the *Debtors' Motion for the Entry of an Order Extending the Exclusive Periods During Which*

*the Debtors May File and Solicit Acceptances of a Plan* [ECF No. 320] (the "**Motion**")[2] filed by

the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**").  By the

---

[1]     The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each
Debtor's federal tax identification number, if applicable, are:  1 Global Capital LLC, 1250 E. Hallandale Beach
Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, 1250 E. Hallandale Beach Blvd.,
Suite 409, Hallandale Beach, FL 33009 (1711).

[2]     Any term not defined herein shall have the meaning ascribed to it in the Motion.

Motion, the Debtors seek an order, pursuant to Section 1121(d) of the Bankruptcy Code, extending (x) the period within which only the Debtors may file a plan, as set forth in section 1121(c)(2) of the Bankruptcy Code (the "**Exclusive Filing Period**") and (y) the period within which only the Debtors may solicit acceptances of a plan, as set forth in section 1121(c)(3) of the Bankruptcy Code (the "**Exclusive Solicitation Period**" and together with the Exclusive Filing Period, the "**Exclusive Periods**").  The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and this Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; (v) notice of the Motion was appropriate under the circumstances and no other notice need be provided; and (vi) upon review of the record before the Court, including the legal and factual bases set forth in the Motion, good and sufficient cause exists to grant the relief requested.  Accordingly, it is

       **ORDERED** as follows:

       1.      The Motion is **GRANTED** as set forth herein.

       2.      The Exclusive Filing Period is extended by one hundred twenty (120) days from November 24, 2018, through and including March 24, 2019.

       3.      The Exclusive Solicitation Period is extended by one hundred twenty (120) days from January 23, 2019, through and including May 23, 2019.

       4.      The relief granted in this Order is without prejudice to the rights, pursuant to Section 1121(d)(1) of the Bankruptcy Code, of (a) the Debtors to seek further extensions of the Exclusive Periods and (b) parties in interest to seek to shorten or terminate the Exclusive Periods.

5.      This Order shall be immediately effective and enforceable upon its entry.

6.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

#      #      #

Submitted by:

John R. Dodd, Esq.
Fla. Bar. No. 38091
doddj@gtlaw.com
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500

*Counsel for the Debtors*
*and Debtors-in-Possession*

(*Epiq Corporate Restructuring, LLC is directed to serve copies of this Order upon all interested parties and to file a Certificate of Service with the Court.*)