

**ORDERED in the Southern District of Florida on February 22, 2019.**

*Raymond B. Ray, Judge*
*United States Bankruptcy Court*

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*[1] | Case No. 18-19121-RBR |
| Debtors. _____/ | (Jointly Administered) |

**ORDER GRANTING IN PART AND DENYING IN PART**
**MOTION TO ENLARGE DEADLINE TO FILE PROOF OF CLAIM**

This matter came before the Court for hearing on Wednesday, February 20, 2019 at 10:00 a.m. (the "Hearing") on Pinnacle Plus Financial, LLC's ("Pinnacle") *Motion to Enlarge Deadline to File Proof of Claim* [ECF No. 303] (the "Motion") filed pursuant to Section 501 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 3003 and 9006(b).  Pinnacle's Motion seeks an extension of the

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711).

time fixed for filing a proof of claim through and including March 15, 2019. For the reasons stated on the record at the Hearing, which are incorporated herein by reference, the Court finds and concludes that cause exists to grant the Motion in part and to deny it in part. It is hereby

**ORDERED** that:

1. The Motion is granted in part and denied in part as set forth herein.

2. The deadline under Bankruptcy Rule 3003 for any person or entity who entered into a memorandum of indebtedness with the Debtors to file a proof of claim shall be extended through and including March 7, 2019.

3. Service of a copy of this Order on the master service list in this case maintained under Local Rule 2002-1(H) shall constitute good and sufficient notice, and no additional or further notice shall be necessary.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

# # #

<u>Submitted by</u>:

John R Dodd
Fla. Bar. No. 38091
doddj@gtlaw.com
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*Counsel for the Debtors
and Debtors-in-Possession*

(*The Claims and Noticing Agent is directed to serve copies of this Order upon the Master Service List and to file a Certificate or Affidavit of Service with the Court.*)