**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[1] | Case No. 18-19121-RBR |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE
STATEMENT WITH RESPECT TO THE JOINT PLAN OF LIQUIDATION OF
1 GLOBAL CAPITAL LLC AND 1 WEST CAPITAL LLC UNDER CHAPTER 11
OF THE BANKRUPTCY CODE PROPOSED BY THE DEBTORS
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE THAT:**[2]

1.       On June 17, 2019, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") and the Official Committee of Unsecured Creditors (the "**Creditors' Committee**"; together with the Debtors, the "**Plan Proponents**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") filed the (a) *Joint Plan of Liquidation of 1 Global Capital LLC and 1 West Capital LLC Under Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [ECF No. 724] (as it may be further amended, supplemented or modified from time to time, the "**Plan**"); and (b) *Disclosure Statement with Respect to the Joint Plan of Liquidation of 1 Global Capital LLC and 1 West Capital LLC Under Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [ECF No. 725] (as it may be further amended, supplemented or modified from time to time, the "**Disclosure Statement**") with the United States Bankruptcy Court for the Southern District of Florida (the "**Bankruptcy Court**").   On June 17, 2019, the Debtors filed the *Motion for Entry of an Order (I) Approving the Disclosure Statement, (II) Establishing Plan Solicitation, Voting and Tabulation Procedures, (III) Approving Forms of Notices and Ballots, (IV) Setting Confirmation Hearing and Related Deadlines, and (V) Granting Related Relief* [ECF No. 726] (the "**Disclosure Statement Motion**").

---

[1]    The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, d/b/a 1 GC Collections, 1250 E. Hallandale Beach Blvd., Suite 605, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, d/b/a 1 West Collections, 1250 E. Hallandale Beach Blvd., Suite 605, Hallandale Beach, FL 33009 (1711). On February 19, 2019, the Debtors registered the fictitious names "1 GC Collections" and "1 West Collections" with the Florida Department of State.

[2]    Capitalized terms used but otherwise not defined in this Confirmation Hearing Notice have meanings ascribed to such terms in the Disclosure Statement Order or the Plan, as applicable.

2.      A hearing (the "**Disclosure Statement Hearing**") will be held before the **Honorable Raymond B. Ray, United States Bankruptcy Judge, at United States Courthouse, 299 E. Broward Blvd., Courtroom No. 308, Fort Lauderdale, Florida 33301, on July 24, 2019, at 1:30 (Prevailing Eastern Time)** to consider the entry of an order finding, among other things, that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of the Bankruptcy Code, approving the Disclosure Statement and granting the Debtors' request for all other relief sought pursuant to the Disclosure Statement Motion.

3.      In accordance with Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, parties in interest may request copies of the Plan and Disclosure Statement from Epiq Corporate Restructuring, LLC (the "**Voting Agent**") by (i) writing to (a) 1 Global Capital LLC Ballot Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4422, Beaverton, OR 97076-4422, if sent by first class mail or (b) 1 Global Capital LLC Ballot Processing Center c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd., Beaverton, OR 97005, if by personal delivery or overnight courier; (ii) calling (877) 440-0643 (Domestic) or +1 (503) 597-7693 (International); or (iii) emailing tabulation@epiqglobal.com with a reference to "1 Global Capital" in the subject line.  In addition, copies of the Plan and the Disclosure Statement may be viewed, without charge, at https://dm.epiq11.com/OGC.

4.      Responses and objections, if any, to the Disclosure Statement or other relief sought by the Debtors in connection with approval of the Disclosure Statement and relief sought pursuant to the Disclosure Statement Motion, must (i) be made in writing; (ii) state the name and address of the objecting party and the nature of the Claim or Interest of such party; (iii) state with particularity the legal and factual basis and nature of any Plan Objection; and (iv) be filed with the Court, together with proof of service, and served so that they are received on or before the Plan Objection Deadline by the following parties: (a) Debtors' counsel, Greenberg Traurig, LLP, 333 S.E. 2nd Avenue, Suite 4400, Miami, FL 33131, Attn: Paul J. Keenan Jr., Esq. and John R. Dodd, Esq.; (b) counsel to the Creditors' Committee, Stichter, Riedel, Blain & Postler, P.A., 110 East Madison St., Suite 200, Tampa, FL 33602-4700, Attn: Russell M. Blain, Esq. and Barbara A. Hart, Esq.; (c) the U.S. Securities and Exchange Commission, 801 Brickell Ave., Suite 1800, Miami, FL 33131, Attn: Robert K. Levenson, Esq. and Christopher E. Martin, Esq.; and (d) the Office of the United States Trustee, 51 S.W. First Avenue, Suite 1204, Miami, FL 33130 (Attn: Damaris Rosich-Schwartz, Esq.) so as to actually be received by **July 17, 2019 at 4:30 p.m**. **(Prevailing Eastern Time)**.

5.      Upon approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against the Debtors who are entitled to vote on the Plan will receive a Solicitation Package, including the Disclosure Statement, the Plan and various documents related thereto, unless otherwise ordered by the Bankruptcy Court.

6.      THIS NOTICE IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN.  VOTES ON THE PLAN MAY NOT BE SOLICITED UNLESS AND UNTIL THE PROPOSED DISCLOSURE STATEMENT IS APPROVED BY AN ORDER OF THE BANKRUPTCY COURT.

7.      The Disclosure Statement Hearing may be continued from time to time without further notice other than the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing.

Dated:  June 17, 2019

GREENBERG TRAURIG, LLP

*/s/ Paul J. Keenan Jr.*
Paul J. Keenan Jr. (Fla. Bar No. 0594687)
John R. Dodd (Fla. Bar No. 38091)
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Tel: (305) 579-0500
Fax: (305) 579-0717
Email: keenanp@gtlaw.com;
  doddj@gtlaw.com

*Counsel for the Debtors*
*and Debtors-in-Possession*

STICHTER RIEDEL BLAIN &
POSTLER, P.A.

*/s/ Russell M. Blain*
Russell M. Blain (Fla. Bar No. 236314)
Barbara A. Hart (Fla. Bar No. 512036)
110 E. Madison Street, Suite 200
Tampa, Florida 33602-4718
Tel: (813) 229-0144
Fax: (813) 229-1811
Email: rblain@srbp.com
  bhart@srbp.com

*Counsel to the Official Committee of*
*Unsecured Creditors*