

**ORDERED in the Southern District of Florida on June 18, 2019.**

Raymond B. Ray, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[1] | Case No. 18-19121-RBR |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING FOURTH MOTION OF THE DEBTORS FOR ENTRY
OF AN ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH
THE DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF A PLAN**

THIS MATTER came before the Court for a hearing on June 11, 2019 at 10:00 a.m. upon the *Debtors' Fourth Motion for Entry of an Order Extending the Exclusive Periods During Which the Debtors May File and Solicit Acceptances of the Plan* [ECF No. 691] (the "**Motion**")[2] filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"),

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, d/b/a 1 GC Collections, 1250 E. Hallandale Beach Blvd., Suite 605, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, d/b/a 1 West Collections, 1250 E. Hallandale Beach Blvd., Suite 605, Hallandale Beach, FL 33009 (1711). On February 19, 2019, the Debtors registered the fictitious names "1 GC Collections" and "1 West Collections" with the Florida Department of State.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

pursuant to section 1121(d) of the Bankruptcy Code. By the Motion, the Debtors seek entry of an order extending (x) the period within which only the Debtors may file a plan, as set forth in section 1121(c)(2) of the Bankruptcy Code (the "**Exclusive Filing Period**") and (y) the period within which only the Debtors may solicit acceptances of a plan, as set forth in section 1121(c)(3) of the Bankruptcy Code (the "**Exclusive Solicitation Period**" and together with the Exclusive Filing Period, the "**Exclusive Periods**"). The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and this Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; (v) notice of the Motion was appropriate under the circumstances and no other notice need be provided; and (vi) upon review of the record before the Court, including the legal and factual bases set forth in the Motion, good and sufficient cause exists to grant the relief requested. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Exclusive Filing Period for the Debtors is extended by 31 days through and including June 24, 2019.

3. The Exclusive Solicitation Period for the Debtors is extended by 31 days through and including August 26, 2019.

4. The relief granted in this Order is without prejudice to the rights, pursuant to Section 1121(d)(1) of the Bankruptcy Code, of (a) the Debtors to seek further extensions of the Exclusive Periods and (b) parties in interest to seek to shorten or terminate the Exclusive Periods.

5. This Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #

**Submitted by:**

John R. Dodd, Esq.
Fla. Bar. No. 38091
doddj@gtlaw.com
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500

*Counsel for the Debtors*
*and Debtors-in-Possession*

(*Epiq Corporate Restructuring, LLC is directed to serve copies of this Order upon the Master Service List and to file a Certificate of Service with the Bankruptcy Court.*)