

**ORDERED in the Southern District of Florida on June 26, 2019.**

*Raymond B. Ray, Judge*
**United States Bankruptcy Court**

___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[1] | Case No. 18-19121-RBR |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER
AUTHORIZING AND APPROVING EXECUTION BY THE DEBTORS
AND ENTRY BY THE CORPORATIONS, SECURITIES & COMMERCIAL
LICENSING BUREAU OF THE MICHIGAN DEPARTMENT OF LICENSING
<u>OF AN ADMINISTRATIVE CONSENT AGREEMENT AND ORDER</u>**

THIS MATTER came before the Bankruptcy Court upon the *Debtors' Motion for Entry of an Order Authorizing and Approving Execution By the Debtors and Entry by the*

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, d/b/a 1 GC Collections, 1250 E. Hallandale Beach Blvd., Suite 605, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, d/b/a 1 West Collections, 1250 E. Hallandale Beach Blvd., Suite 605, Hallandale Beach, FL 33009 (1711). On February 19, 2019, the Debtors registered the fictitious names "1 GC Collections" and "1 West Collections" with the Florida Department of State.

*Corporations, Securities & Commercial Licensing Bureau of the Michigan Department of Licensing of an Administrative Consent Agreement and Order* [ECF No. 694] (the "**Motion**")[2] filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**").  By the Motion, the Debtors seek an order, pursuant to sections 105(a) and 1107(a) of the Bankruptcy Code, Bankruptcy Rule 9019, and Local Rules 9013-1(D) and 9019-1(A), authorizing and approving (a) the Debtors' entry into the Administrative Consent Agreement and (b) the entry of the Consent Order.

The Bankruptcy Court, having reviewed the Motion, the Administrative Consent Agreement and the Consent Order, finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and this Bankruptcy Court may enter a final order consistent with Article III of the Constitution; (iii) venue is proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; (v) notice of the Motion was appropriate under the circumstances and no other notice need be provided; (vi) the movant by submitting this form of order having represented that the motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion, and that the form of order was attached as an exhibit to the motion; and (vii) upon review of the record before the Bankruptcy Court, including the legal and factual bases set forth in the Motion, good and sufficient cause exists to grant the relief requested.  Accordingly, it is

**ORDERED** as follows:

---

[2]   Any term not defined herein shall have the meaning ascribed to it in the Motion.

1. The Motion is **GRANTED** as set forth herein.

2. The Debtors are **AUTHORIZED** to execute and enter into the Administrative Consent Agreement, and the Administrative Consent Agreement is **APPROVED** in its entirety.

3. As set forth in the Administrative Consent Agreement, the Administrator is authorized to enter the Consent Order against Debtor 1GC.

4. The Debtors are hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

#     #     #

Submitted by:

John R. Dodd, Esq.
Fla. Bar. No. 38091
doddj@gtlaw.com
GREENBERG TRAURIG, LLP
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500

*Counsel for the Debtors
and Debtors-in-Possession*

(*Epiq Corporate Restructuring, LLC is directed to serve copies of this Order upon all interested parties and to file a Certificate of Service with the Bankruptcy Court.*)