UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                             CASE NO. 18-19121-RBR

1 GLOBAL CAPITAL LLC, et al.                       Chapter 11
                                                   Jointly Administered

        Debtors.
_____/

## REPORT OF MEDIATOR

The undersigned court-appointed mediator, reports to the court as follows:

A.    A mediation conference was conducted on <u>September 13, 2019</u>.

B.    The conference resulted in the following:

__X__    Agreement signed (total resolution) pursuant to the *Notice of Filing Settlement Agreement* [ECF No. 1018].

_____    The parties reached an impasse.
_____    The parties settled the following issues:
_____    The conference was continued and an additional mediation conference will be scheduled.
_____    The matter was settled prior to mediation conference.

***Attendees*:**

Paul J. Battista, Esq
Genovese, Joblove & Battista, P.A.
*Counsel for Debtor*

John R. Dodd, Esq.
Greenberg Traurig, LLP
*Counsel for Debtor*

Joseph Luzinski.
*Debtor Deputy CRO*

Walter Mathews, Esq.
Jorge Riera, Esq.
Mathews Giberson, LLP
*Counsel for Jan Atlas*

Charles M. Tatelbaum, Esq.
Brittany Hynes, Esq.
Tripp Scott, P.A.
*Counsel for Dale Ledbetter*

Alfred L. Buchanan, Esq.
Hinshaw & Culbertson, LLP
*Counsel for AAIC*

James M. Kaplan, Esq.
Kaplan Zeena, LLP
*Counsel for Kopelowitz Ostrow, P.A.*

Chad Pugatch, Esq.
Rice Pugatch Robinson, et al.
*Counsel for Stoltmann Plaintiffs*

Joseph Wojciechowski, Esq.
Alexander Loftus, Esq.
*Stoltmann Law*

Adam Moskowitz, Esq.
The Moskowitz Law Firm
*Counsel for Investors*

Derek E. Leon, Esq.  
Leon Cosgrove

Russell M. Blain, Esq.  
Stichter Riedel Blain & Postler P  
*Counsel for Committee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on October 8, 2019 via the Court's CM/ECF notification (Service List attached) to those parties who are registered CM/ECF participants in this case; and, via electronic mail to:

Joseph Luzinski  
*Debtor Deputy CRO*  
jluzinski@dsiconsulting.com

Brittany Hynes, Esq.  
*Counsel for Dale Ledbetter*  
blh@trippscott.com

Walter Mathews, Esq.  
Jorge Riera, Esq.  
*Counsel for Jan Atlas*  
wjm@matthewsllp.com  
jlr@mathewsllp.com

Alfred L. Buchanan, Esq.  
*Counsel for AAIC*  
abuchanan@hinshawlaw.com

James M. Kaplan, Esq.  
*Counsel for Kopelowitz Ostrow, P.A.*  
jamesskaplan@kaplanzeena.com

Joseph Wojciechowski, Esq.  
Alexander Loftus, Esq.  
*Stoltmann Law*  
joe@stoltlaw.com  
alex@stoltlaw.com

Adam Moskowitz, Esq.  
*Counsel for Investors*  
adam@moskowitz-law.com

Derek E. Leon, Esq.  
dleon@leoncosgrove.com

Dated:   October 8, 2019.

**JERRY M. MARKOWITZ,** *Mediator*  
9130 South Dadeland Boulevard  
Two Datran Center, Suite 1800  
Miami, Florida  33156-7849  
Telephone: (305) 670-5000  
Facsimile: (305) 670-5011  
By*:     /s/ Jerry M. Markowitz*  
        JERRY M. MARKOWITZ  
        Florida Bar No. 182420  
        jmarkowitz@mrthlaw.com

2

**1 Global Capital LLC, et al.**
**Case No. 18-19121-RBR**
<u>Service List</u>

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kristopher Aungst**   kaungst@wargofrench.com, lcruz@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com
- **David W Baddley**   baddleyd@sec.gov
- **Paul J. Battista**   pbattista@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;vlambdin@gjb-law.com
- **Russell M. Blain**   rblain.ecf@srbp.com, rblain@srbp.com
- **Mark D. Bloom**   bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
- **Scott N Brown**   sbrown@bastamron.com, hharrison@bastamron.com;zlaux@bastamron.com;jmiranda@bastamron.com;kjones@bastamron.com
- **Michael S Budwick**   mbudwick@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Robert P. Charbonneau**   rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com;bankruptcy.ecc@ecf.courtdrive.com
- **Aaron R Cohen**   acohen60@bellsouth.net
- **Michael R Dal Lago**   mike@dallagolaw.com, kim@dallagolaw.com
- **John R. Dodd**   doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com
- **Morgan B. Edelboim**   morgan@elrolaw.com, eservice@elrolaw.com
- **Jonathan S. Feldman**   jfeldman@pbyalaw.com, eservicemia@pbyalaw.com
- **G Steven Fender**   steven.fender@fender-law.com, lm910@aol.com
- **Daniel R Fogarty**   dfogarty.ecf@srbp.com
- **Michael Foster**   mfoster@wargofrench.com, lcruz@wargofrench.com;cpatterson@wargofrench.com;flservice1@wargofrench.com
- **Joseph D Frank**   jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Solomon B Genet**   sgenet@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;sgenet@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Anthony F. Giuliano**   afg@pryormandelup.com
- **Larry I Glick**   lglick@shutts.com, dsuengas@shutts.com
- **Darla L Grondin**   dgrondin@pbyalaw.com, eservice1gc@pbyalaw.com
- **Christopher P Hahn**   litigation@mauricewutscher.com, chahn@mauricewutscher.com
- **Matthew B Hale**   mhale.ecf@srbp.com
- **Barbara A Hart**   bhart.ecf@srbp.com

- **Andrew R Herron**     aherron@homerbonner.com, jyanes@homerbonner.com
- **Alan C Hochheiser**     ahochheiser@mauricewutscher.com, 8371350420@filings.docketbird.com
- **Robert L. Jennings**     hbrj@aol.com, service.rljpa@gmail.com
- **Monique D. Jewett-Brewster**     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **Jason Z. Jones**     jjones@joneslawpa.com
- **Brian Karpuk**     sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- **Paul J. Keenan, Jr.**     keenanp@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Eric A Lee**     lee@leeamlaw.com, leeamlawservice@outlook.com;zivaallen@leeamlaw.com;dsmith@leeamlaw.com
- **Derek E Leon**     dleon@leoncosgrove.com
- **Hector E Lora**     hlora@mwbllp.com, litigation@mwbllp.com
- **Stephen A Mendelsohn**     mendelsohns@gtlaw.com, hasenh@gtlaw.com
- **James B Miller**     bkcmiami@gmail.com
- **Glenn D Moses**     gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com;jzamora@gjb-law.com;gjbecf@ecf.courtdrive.com;ecastellanos@gjb-law.com
- **Melissa A Murray**     melissa@melissamurraylaw.com
- **Melissa A Murray**     melissa@cmolawgroup.com
- **Anthony Narula**     anthony@axslawgroup.com
- **Ned R Nashban**     NNashban@baritzcolman.com, service@baritzcolman.com
- **Ari Newman**     newmanar@gtlaw.com, crossmann@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
- **Claudia Ojeda**     ojedac@gtlaw.com
- **John E Page**     jpage@slp.law, dwoodall@slp.law;dlocascio@slp.law;pmouton@slp.law;msmith@slp.law
- **Paul J Pascuzzi**     ppascuzzi@ffwplaw.com, phillip@telehilladvisors.com
- **Kristopher E Pearson**     kpearson@stearnsweaver.com, rross@stearnsweaver.com;larrazola@stearnsweaver.com;Atty_arrazola@bluestylus.com; cgraver@stearnsweaver.com
- **Eric S Pendergraft**     ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Stephanie Peral**     perals@gtlaw.com
- **Chad P Pugatch**     cpugatch.ecf@rprslaw.com
- **Harley E. Riedel**     hriedel.ecf@srbp.com
- **Kenneth B Robinson**     krobinson.ecf@rprslaw.com
- **Damaris D Rosich-Schwartz**     Damaris.D.Rosich-Schwartz@usdoj.gov
- **Neil S. Sader**     nsader@saderlawfirm.com, sadernr42111@notify.bestcase.com
- **Joseph E Sarachek**     joe@saracheklawfirm.com
- **Adam A Schwartzbaum**     adams@moskowitz-law.com, dione@moskowitz-law.com;rejane@moskowitz-law.com
- **Susan H Sharp**     ssharp.ecf@srbp.com
- **James D. Silver**     jsilver@kelleykronenberg.com, RAldama@kelleykronenberg.com;jsilver@kklaw.com

- **Ruel W Smith**    rsmith@hinshawlaw.com, vtorres@hinshawlaw.com;mmorales@hinshawlaw.com
- **Jeffrey R Sonn**    jsonn@sonnerez.com
- **Eva Spahn**    spahne@gtlaw.com
- **Scott A Stichter**    sstichter.ecf@srbp.com
- **Richard B. Storfer**    rstorfer@rprslaw.com
- **Joel L Tabas**    jtabas@tabassoloff.com, jcepero@tabassoloff.com;kborrego@tabassoloff.com
- **Charles M Tatelbaum**    cmt@trippscott.com, hbb@trippscott.com;cvp@trippscott.com;eservice@trippscott.com
- **Annette Urena Tucker**    Annette.Tucker@kaplanzeena.com, cheryl.mingo@kaplanzeena.com,service@kaplanzeena.com,maria.escobales@kaplanzeena.com,elizabeth.salom@kaplanzeena.com
- **Chad T Van Horn**    Chad@cvhlawgroup.com, Chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,notices@nextchapterbk.com,chapter7@cvhlawgroup.com,chapter13@cvhlawgroup.com,chapter11@cvhlawgroup.com
- **Anthony G Woodward**    tony@anthonywoodwardpa.com, litigation@anthonywoodwardpa.com