

**ORDERED in the Southern District of Florida on November 22, 2019.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[1] | Case No. 18-19121-RAM |
| Debtors. | (Jointly Administered) |

### ORDER CONTINUING HEARING ON MOTION FOR (A) APPROVAL OF SETTLEMENT AND COMPROMISE WITH CERTAIN INVESTMENT ADVISORS/AGENTS AND REQUST FOR ENTRY OF BAR ORDER; AND (B) APPROVAL OF PAYMENT OF EARNED CONTINGENCY FEE

THIS MATTER came before the Court for a preliminary hearing on November 20, 2019 at 2:00 p.m. (the "**Hearing**") upon the *Motion for (A) Approval of Settlement and Compromise with Certain Investment Advisors/Agents and Request for Entry of Bar Order; and (B) Approval of Payment of Earned Contingency Fee* [ECF No. 1315] (the "**Settlement Motion**") filed by the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"). For the

---

[1] The Debtors in these Chapter 11 Cases are 1 Global Capital LLC and 1 West Capital LLC.

reasons stated on the record at the Hearing, the Court will continue the Hearing on the Motion and establish the deadlines set forth herein for such continued Hearing. Accordingly, it is

ORDERED as follows:

1. The Court will conduct a hearing on the Settlement Motion on **December 13, 2019 at 10:00 a.m.** at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, Florida 33128.

2. The deadline for the Securities and Exchange Commission to file a written objection to the Settlement Motion shall be **December 9, 2019 at 5:00 p.m**.

3. On or before **December 9, 2019 at 5:00 p.m.**, the Debtor shall file a status report informing the Court of (i) any objections to the Settlement Motion that have been resolved and/or withdrawn, (ii) any objections to the Settlement Motion that have not been resolved, and (iii) the modification to the request for payment of the Contingency Fee (as defined in the Settlement Motion).

4. The Debtor is authorized to file any responsive pleading to any remaining objections to the Settlement Motion by **December 11, 2019 at 5:00 p.m.**

5. The Debtor shall serve this Order upon the parties who filed written objections to the Settlement Motion or who otherwise advised Debtor's counsel of an intention to object to the Settlement Motion, and by CM/ECF.

###

Submitted by:

Paul J. Battista, Esq.
*Special Counsel for the Chapter 11 Debtor*
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131

Tel: (305) 349-2300
Fax: (305) 349-2310
Email: pbattista@gjb-law.com

(Attorney Battista shall serve this Order as set forth herein)